## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  21-50304-JWC |
| | ) | |
| KRASHANNA SMITH, | ) | CHAPTER  7 |
| Debtor | ) | |
| | ) | HONORABLE JEFFERY W. CAVENDER |

| | |
|---|---|
| | ) |
| PUBLIX EMPLOYEES FEDERAL | ) |
| CREDIT UNION, | ) |
| Movant | ) |
| vs. | ) |
| | ) |
| KRASHANNA SMITH, | ) |
| Respondent | ) |
| and | ) |
| | ) |
| S. GREGORY HAYES | ) |
| Trustee | ) |

### NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that a has been filed in the above-captioned case.  In the event a hearing cannot be held within thirty (30) days from the filing of the Motion for Relief from Automatic Stay as required by 11 U.S.C.§ 362, Movant waives this requirement and agrees to the next earliest possible date, as evidenced by signature below.  ***The undersigned consents to the automatic stay remaining in effect with respect to Movant until the Court orders otherwise.***

**A hearing will be held on the 25th day of February, 2021, at 10:00 a.m., in Courtroom 1203, U.S. Courthouse, 75 Ted Turner Drive, Atlanta, Georgia.**

**Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."**

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney. If you do not want the court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  You must also mail a copy of your response to the undersigned at the address stated below.

This 25th day of January, 2021.

/s/ Albert F. Nasuti
**ALBERT F. NASUTI**
Georgia State Bar No. 535209

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
anasuti@tokn.com
Attorneys for Publix Employees Credit Union

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  21-50304-JWC |
| | ) | |
| KRASHANNA SMITH, | ) | CHAPTER  7 |
| Debtor | ) | |
| | ) | HONORABLE JEFFERY W. CAVENDER |
| | ) | |
| PUBLIX EMPLOYEES FEDERAL | ) | |
| CREDIT UNION, | ) | |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| KRASHANNA SMITH, | ) | |
| Respondent | ) | |
| and | ) | |
| | ) | |
| S. GREGORY HAYES | ) | |
| Trustee | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

 **NOW COMES** PUBLIX EMPLOYEES FEDERAL CREDIT UNION (hereinafter referred to as "PEFCU"), a creditor and Movant in this proceeding, and respectfully shows the Court as follows:

1.

 The Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2.

 The Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and 11 U.S.C. §362.

3.

 PEFCU retains a security interest in the Debtor's 2018 Toyota Corolla, VIN 2T1BURHE0JC057663 ("the Vehicle") by virtue of having perfected a lien on a Certificate of Title as provided by law, and pursuant to a loan contract and Security Agreement, collectively attached hereto as Exhibit "A".

4.

PEFCU is owed approximately $16,744.65, plus legal fees and costs on the car loan and a cross collateralized signature loan.  The Debtor values the Vehicle at $15,000.00.

5.

The Vehicle was repossessed pre-bankruptcy.  The Debtor desires to surrender the Vehicle. The automatic stay should be terminated for cause.

6.

There is no equity in the Vehicle, and it is not necessary for the effective reorganization of the Debtor.  The automatic stay should be terminated for cause and for lack of adequate protection.

7.

The vehicle is burdensome to the estate and of inconsequential value and should be abandoned and the 14-day requirement pursuant to F.R.B.P. 4001(a)(3) should be waived.

**WHEREFORE,** PEFCU moves this Court for an order terminating the automatic stay pursuant to 11 U.S.C. §362 as to the Vehicle and for such other and further relief the Court deems just and proper.

RESPECTFULLY SUBMITTED this 25th day of January, 2021.


_/s/ Albert F. Nasuti
**ALBERT F. NASUTI**
Georgia State Bar No. 535209

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
anasuti@tokn.com
Attorneys for Publix Employees Credit Union

EXHIBIT

tabbies®

A



## Lien and Title Information Report

2666-Publix Employees FCU

| | | | |
|---|---|---|---|
| **Customer** | KRASHANNA D SMITH | **VIN** | 2T1BURHE0JC057663 |
| **Organization ID** | 2666 | **Organization Name** | Publix Employees FCU |
| **Lien Start** | 07/09/2019 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

---

**Last ELT Transactions**

Received On

2019-08-02 04:43:15.0                    Add Record - Perfection of Lien

---

**Borrower / Lesee Details**

| | |
|---|---|
| **Name** | KRASHANNA D SMITH |
| **Address** | 154 LONGSTREET CIR,OXFORD GA,30054-2244 |

---

**Vehicle Information**

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | TOYOTA |
| **Model** | COROLLA | **Year** | 2018 |
| **Mileage** | 0 | | |

---

**Title Information**

| | | | |
|---|---|---|---|
| **Title Number** | 770006271260963 | **Title State** | GA |
| **Tag Number** | | **VIN** | 2T1BURHE0JC057663 |
| **Status** | MATCHED | **Match Date** | 08/02/2019 |
| **Lien Expiration Date** | | **Media Type** | Electronic |

---

**State Information**

| | | | |
|---|---|---|---|
| **Name** | SMITH,KRASHANNA DENISE | **Lessee** | |
| **Address** | 154 LONGSTREET CIR,OXFORD GA,300542244 | | |
| **Vehicle Type** | | **Make** | TOYT |
| **Model** | | **Year** | 2018 |
| **Mileage** | 0 | | |
| **Title State** | GA | **Title Number** | 770006271260963 |
| **Brands** | | | |



**Publix Employees Federal Credit Union**

| | | | |
|---|---|---|---|
| | Altamonte Springs<br>482 E. Altamonte Drive<br>Suite 1010<br>Altamonte Springs, FL 32701<br>Phone (407) 260-1490<br>FAX (407) 260-1716 | Norcross<br>60 South Peachtree Street<br>Norcross, GA 30071<br>Phone (770) 613-0452<br>FAX (770) 613-9831 | Boca Raton<br>9858 Glades Road, Suite D3-222<br>Boca Raton, FL 33434<br>Phone (561) 962-0911 |
| Lakeland<br>P. O. Box 1000<br>Lakeland, FL 33802<br>Loan Dept. (800) 386-1159<br>(863) 284-2510<br>FAX (863) 687-1949 | Jacksonville<br>P.O. Box 8788<br>Jacksonville, FL 32239<br>P.O. Box 848509<br>Phone (904) 725-4882<br>WATS 1-800-787-4818<br>FAX (904) 721-8530 | Pembroke Pines<br>219 North University Drive<br>Pembroke Pines, FL 33084<br>Phone (954) 961-8687<br>FAX (954) 964-0746 | West Palm Beach<br>834 Southern Boulevard<br>W. Palm Beach, FL 33405<br>Phone (561) 832-2029<br>FAX (561) 832-4451 | Sarasota Automated Branch<br>Beneva Village<br>3430 Clark Road<br>Sarasota, FL 34231<br>Phone (941) 966-8623 |

**SIMPLIFIED LOAN PROGRAM**
**TRUTH-IN-LENDING DISCLOSURE;**
**SECURITY AGREEMENT**
**SINGLE ADVANCE LOAN TYPE**

Words or phrases preceded by a `¨` are applicable only
if the `¨` is marked, e.g., **X** . "n/a" means not applicable.
The terms on all pages are part of the entire Agreement.

**TotalPlan**

| Primary Borrower Name/Address<br>KRASHANNA D SMITH<br>154 Longstreet Cir<br>Oxford, GA 30054-2244 | Co-Borrower Name/Address | Date<br>07/09/19 | | Account Number<br>█████0-12 |
|---|---|---|---|---|
| | | Interest Rate | Purpose | |
| | | 16.000 % | Purchase Vehicle | |

This Single Advance Loan Disclosure is made under the terms of your Simplified Loan Agreement with the above-named Credit Union and provides information that is specific to the closed-end credit advance described herein. By authenticating this transaction (that is, by signing or depositing any loan advance proceeds check, or by accepting and/or using any loan proceeds deposited by the Credit Union into your share or share draft account), you agree to the terms of this Single Advance Loan.

**CAUTION: If you do not understand and agree with the information contained in this Single Advance Loan Disclosure you must contact the Credit Union immediately. You understand that by accepting loan proceeds evidenced by this disclosure, you agree to the terms of this Single Advance Loan.The loan proceeds may be returned or rejected if you do not agree with the credit terms or other conditions set forth in the Truth-in Lending Disclosure**

### TRUTH-IN-LENDING DISCLOSURE - SINGLE ADVANCE LOAN

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid when you have made all payments as scheduled. |
|---|---|---|---|
| 16.000 % | $ 9,679.96 | $ 16,970.00 | $ 26,649.96 |

| Number of Payments | Amount Of Payments | When Payments Are Due | | |
|---|---|---|---|---|
| 71 | 370.14 | **Monthly** | Beginning | 08/20/19 |
| 1 | 370.02 | **Final Payment** | | 07/20/25 |

**PREPAYMENT:** If you payoff your loan early, you will not have to pay a penalty.

X **REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit, if any.

**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to the Credit Union.

**LATE CHARGE:** If your payment is __15__ or more days late, you will be charged __15.00__

**ASSUMABILITY:** Your loan is not assumable.

**FILING FEES:** $ __0.00__

**SECURITY:** You are giving us a security interest in:

   X Your present and future shares and deposits with the credit union.

   ¨ Personal property (other than household goods or any dwelling) securing other loans you have with us.

   ¨ The property purchased in this transaction.

   X Other *(describe by item or type)* __USED VEHICLE-SEE BELOW__

See your contract documents for any additional information about prepayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.                                                        "e" means an estimate

### ITEMIZATION OF THE AMOUNT FINANCED The Credit Union or an entity affiliated with the Credit Union will retain a portion of the amount paid to others denoted by asterisk (*).

| Itemization of amount financed of | Amount given to you directly | Paid on Account | Prepaid Finance Charge |
|---|---|---|---|
| $ 16,970.00 | $ 0.00 | $ 0.00 | $ N/A |

Amount paid to others on your behalf:

| To: | | Amount | To: | | Amount |
|---|---|---|---|---|---|
| **WORLD TOYOTA** | $ | 16,675.00 | **GAP PROTECTION** | $ | 295.00 |
| To: | $ | 0.00 | To: | $ | 0.00 |
| To: | $ | 0.00 | To: | $ | 0.00 |
| To: | $ | 0.00 | To: | $ | 0.00 |
| To: | $ | 0.00 | To: | $ | 0.00 |

### SECURITY DESCRIPTION - PLEDGED PROPERTY

By authenticating this transaction, you give the Credit Union a security interest in the property described below ("Pledged Property") to secure repayment of the closed-end credit loan advance evidenced by this Single Advance Loan Disclosure. *(Describe Pledged Property):*

COROLLA TOYOTA 2018 2T1BURHE0JC057663

See Page 2 for additional information about security for this closed-end credit advance.



| | | | |
|---|---|---|---|
| **Publix Employees Federal Credit Union** | Lakeland<br>P.O. Box 1000<br>Lakeland, FL 33802<br>Loan Dept. (500) 385-1159<br>(653) 284-2510<br>FAX (863) 687-1049 | Altamonte Springs<br>482 E. Altamonte Drive<br>Suite 1010<br>Altamonte Springs, FL 32701<br>Phone (407) 260-1400<br>FAX (407) 260-1718<br><br>Jacksonville<br>P.O. Box 8768<br>Jacksonville, FL 32239<br>Phone (904) 725-4662<br>WATS 1-800-767-4818<br>FAX (904) 721-5530 | Norcross<br>50 South Peachtree Street<br>Norcross, GA 30071<br>Phone (770) 613-0452<br>FAX (770) 613-9831<br><br>Pembroke Pines<br>219 North University Drive<br>P.O. Box 848609<br>Pembroke Pines, FL 33084<br>Phone (954) 961-6667<br>FAX (954) 964-0748 | Boca Raton<br>9858 Glades Road, Suite D3-222<br>Boca Raton, FL 33434<br>Phone (561) 962-0911<br><br>West Palm Beach<br>834 Southern Boulevard<br>W. Palm Beach, FL 33405<br>Phone (561) 832-2829<br>FAX (561) 832-4451<br><br>Sarasota Automated Branch<br>Beneva Village<br>3430 Clark Road<br>Sarasota, FL 34231<br>Phone (941) 966-6623 |

**SIMPLIFIED LOAN PROGRAM**
**TRUTH-IN-LENDING DISCLOSURE;**
**SECURITY AGREEMENT**
**SINGLE ADVANCE LOAN TYPE**

Words or phrases preceded by a □ are applicable only if the □ is marked, e.g., ☒ · "n/a" means not applicable.
The Terms on all pages are part of the entire Agreement.

| Primary Borrower Name/Address<br>KRASHANNA D SMITH<br>154 Longstreet Cir<br>Oxford, GA 30054-2244 | Co-Borrower Name/Address | Date<br>07/09/19 | Account Number<br>▮▮▮▮00-12 |
|---|---|---|---|

**Security Interest:** To secure repayment of the loan evidenced by this Single Advance Loan Disclosure, and any extensions, renewals, or refinancing of the loan, you give the Credit Union a security interest in the property described in the "Security" section on Page 1 ("Pledged Property"). This security interest covers not only the Pledged Property, but also covers all proceeds, substitutions or replacements for, and all accessions and improvements to the Pledged Property, as well as all proceeds from insurance and all refunds of unearned premiums related to the Pledged Property. The security interest also includes any replacements of the Pledged Property you buy within 10 days of the loan, as well as any money you receive for selling the Pledged Property.

You understand and agree that by authenticating this advance you give the Credit Union a security interest in all individual and joint deposit accounts you have in the credit union, now or in the future, except for those accounts, such as an IRA, Keogh Account, or similar government-authorized tax deferral account which would lose special tax treatment if pledged as security for a loan advance (collectively, the "Pledged Deposits").

Refer to the section "Security for Closed-end Loan Types" in the Simplified Loan Agreement for additional terms and conditions related to security for this loan.

You promise that you own the Pledged Deposits and any Pledged Property given as collateral, and/or that you will use the proceeds of this loan to purchase the Pledged Property, and that no one else has or will have an interest in or claim against the collateral, except as now or previously disclosed to the Credit Union.

Any item of personal property you pledge as security for this Single Advance Loan Type (other than household goods or any dwelling) will secure repayment of amounts you owe the Credit Union in the future, if that intent is reflected in the Truth In Lending Disclosures furnished in connection with any such future loans.

**Protection of the Collateral:** Refer to the section "Protection of the Collateral" in the Simplified Loan Agreement for the terms and conditions related to your agreements and obligations with respect to the collateral.

**Property Insurance and Taxes:** Refer to the section "Property Insurance and Taxes" in the Simplified Loan Agreement for the terms and conditions related to your obligations to insure the collateral and to pay any taxes on the collateral.

**Default:** You will be in default if you fail to make payments that are required by this Single Advance Loan Disclosure. You will also be in default if any of the events described in the "Default" section of the Simplified Loan Agreement occur. Refer to the Simplified Loan Agreement for additional terms and conditions related to default.

**Remedies:** Refer to the section "Remedies" in the Simplified Loan Agreement for the Credit Union's remedies in the event of default.

**Lien Impressment and Right of Setoff:** Refer to the section "Lien Impressment and Right of Setoff for All Loan Types" in the Simplified Loan Agreement for the terms and conditions related to the Credit Union's right to impress and enforce a statutory lien on your shares on deposit with the Credit Union and to the Credit Union's right of setoff.

**Notice:** You promise that your name and address shown in this Single Advance Loan Disclosure is your legal name and place of residence and such place is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**Limited Power of Attorney:** By accepting the proceeds of the loan evidenced by this Single Advance Loan Disclosure, you hereby appoint the Credit Union to be your lawful Attorney-in-Fact for you to record a lien on the motor vehicle or other property described as collateral herein and to print your name and sign for the Credit Union, on your behalf. Your Attorney-in-Fact can also do all things necessary to any other related document and bind you in a sufficient manner as you would do yourself were you personally present and signing your name. With full power of substitution and revocation, by evidence of this loan, you confirm whatever your Attorney-in-Fact causes to be done within the scope of the Power of Attorney.

**OPTIONAL CREDIT INSURANCE –If you elected optional credit insurance when you opened your Simplified Credit Plan with us, the estimated total premium for this advance is shown below.**

**Type of Protection**

| | | | | | |
|---|---|---|---|---|---|
| Single Credit Life Insurance | ☐ YES ☒ NO | $_____ e | Joint Credit Life Insurance | ☐ YES ☒ NO | $_____ e |
| Single Credit Disability Insurance | ☐ YES ☒ NO | $_____ e | Joint Credit Life and Disability Insurance | ☐ YES ☒ NO | $_____ e |
| Single Credit Life and Disability Insurance | ☐ YES ☒ NO | $_____ e | | | |

| Applicant Signature<br>X | Birth Date<br>12/17/91 | Co-Applicant Signature<br>X | Birth Date<br>–/–/– |
|---|---|---|---|

**Publix Employees
Federal Credit Union**

## APPLICATION FOR ALL CREDIT

| LOAN AMOUNT REQUESTED | TO BE REPAID IN (estimated) | REQUESTED PERIODIC PAYMENT | PURPOSE OF LOAN AND COLLATERAL OFFERED | ☐ OPEN END ☐ CLOSED END ☐ CREDIT CARD |
|---|---|---|---|---|
| 500.00 | | | HELP BUILD CREDIT | |

**THIS APPLICATION IS FOR (Check one of the boxes below):**   **NOTICE: MARRIED APPLICANTS MAY APPLY FOR INDIVIDUAL CREDIT**

☒ AN INDIVIDUAL ACCOUNT    ☐ A JOINT LOAN/ACCOUNT WITH MY SPOUSE    ☐ A JOINT LOAN/ACCOUNT WITH A CO-APPLICANT
MUST SIGN BELOW

*I intend to apply for joint credit.*   Applicant Signature X                    Co-Applicant Signature X
Complete application section. Complete spouse/co-applicant section if (1) this is to be a joint account, (2) my spouse will use this account, (3) I live in a community property state (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, Wisconsin, or Puerto Rico), or (4) I am relying on my spouse's income in applying for this account. This section must also be completed about my co-applicant if this is for a joint account with someone other than my spouse.

| APPLICANT | ☐ SPOUSE ☐ OTHER APPLICANT ☐ GUARANTOR |
|---|---|

| Name | Member Number | Spouse/Other Applicant's Name | Member Number |
|---|---|---|---|
| **KRASHANNA D SMITH** | **00** | | |

| Street Address | | Street Address | |
|---|---|---|---|
| **154 Longstreet Cir** | | | |

| City, State, Zip | How Long | City, State, Zip | How Long |
|---|---|---|---|
| **Oxford GA 30054** | Yrs. **10** Mos. | | Yrs. Mos. |

| Social Security Number | Date of Birth | Social Security Number | Date of Birth |
|---|---|---|---|
| ▮5210 | | | |

| My Home Phone No. | My Work No. | My Home Phone No. | My Work No. |
|---|---|---|---|
| ▮ | | | |

| Street Address (Previous Address) | | Street Address (Previous Address) | |
|---|---|---|---|

| City, State, Zip | How Long | City, State, Zip | How Long |
|---|---|---|---|
| | Yrs. Mos. | | Yrs. Mos. |

| Employer (If Part Time, # of Hrs. Wkly _____) | | Employer (If Part Time, # of Hrs. Wkly _____) | |
|---|---|---|---|
| **Publix Supermarkets Inc** | | | |

| Employer's Address (City & State) | Date Employed | Employer's Address (City & State) | Date Employed |
|---|---|---|---|
| **Distribution Ctr** | **10/26/18** | | |

| Job Title | Supervisor's Name & Phone No. | Job Title | Supervisor's Name & Phone No. |
|---|---|---|---|
| **Ft Dockperson** | | | |

| Applicant's Salary | Additional Income & Source | Other Applicant's Salary | Additional Income & Source |
|---|---|---|---|
| ☐ Weekly  Gross $ **2,680.92**  $ **302.00** ☒ Monthly | | ☐ Weekly  Gross $ _____  $ _____ ☐ Monthly | |

| Former Employer | Dates Employed | Former Employer | Dates Employed |
|---|---|---|---|
| | From:     To: | | From:     To: |

| Nearest Relative's Name (not living with me) | Phone No. | Nearest Relative's Name (not living with me) | Phone No. |
|---|---|---|---|
| ▮ | | | |

| Relative's Address & their relationship to me (father, mother, etc.) **Friend** | Relative's Address & their relationship to me (father, mother, etc.) _____ |
|---|---|
| **Decatur,Ga** | |

| Personal Reference | Phone No. | Personal Reference | Phone No. |
|---|---|---|---|
| ▮ | | | |

| Address | Address |
|---|---|
| **Decatur,Ga** | |

| Alimony, child support, or separate maintenance need not be revealed if I do not wish to have it considered as a basis for repaying obligations under this contract. | Alimony, child support, or separate maintenance need not be revealed if I do not wish to have it considered as a basis for repaying obligations under this contract. |
|---|---|

## PROOF OF INCOME IS REQUIRED (pay stub, income tax form 1040 or W-2)

**FINANCIAL OBLIGATIONS OF BOTH APPLICANT AND CO-APPLICANT - PLEASE INCLUDE ALL OBLIGATIONS - USE SEPARATE SHEET IF NECESSARY**

| | Balance | Monthly Payment | Interest Rate |
|---|---|---|---|
| Residence: I live in a ☐ house, ☐ apartment, ☐ condo or ☐ mobile home. (Please check one) | $0.00 | $0.00 | 0.000% |
| I ☐ Own, ☐ Rent, ☐ or Live with parents. | | | |
| Vehicle #1   Yr.   Make:   Model:   Financed With: | $0.00 | $0.00 | 0.000% |
| Vehicle #2   Yr.   Make:   Model:   Financed With: | $0.00 | $0.00 | 0.000% |
| List all obligations including Credit Cards (if there is not sufficient space, attach a separate sheet) | | | |
| TRANSWORLD SYS INC/33 | $701.00 | $21.03 | |
| US AUTO FINANCE/US AUT | $13,892.00 | $436.00 | |
| See Credit Report for additional Debts. | | | |
| Alimony Child Support (Check one, if applicable) ☐ Court Ordered ☐ Written Agreement ☐ Oral Understanding | | | |

**PERMISSION TO CONTACT:** By providing the Credit Union with a wireless phone number (cell phone), you consent to receiving calls, including autodialed and prerecorded messages from the Credit Union or its third party debt collector at that number.

I AUTHORIZE THE USE OF ALL ELECTRONIC SIGNATURES, FACSIMILE SIGNATURES AND PHOTOCOPIED SIGNATURES FOR ALL PURPOSES, SAID SIGNATURES TO HAVE THE SAME FORCE AND EFFECT AS ORIGINAL SIGNATURES FOR ALL TRANSACTIONS, INCLUDED IN APPLICATIONS OR AGREEMENTS WITH YOU.

I grant permission to you to garnish head of family earnings, if collection proceedings are brought against me.

If you reasonably determine any stock pledged as Collateral under any share secured loan has become insufficient to fully secure my obligations under this Note by reason of a decline in the market value thereof, I must either (i) pledge additional stock in an amount you deem sufficient to fully secure my outstanding Sub-Account balance, or (ii) reduce my outstanding Sub-Account balance (by prepayment) so that the stock previously pledged is sufficient to fully secure my outstanding loan balance.

It is the Credit Union's policy to not discriminate against any applicant with respect to race, color, religion, national origin, sex, marital status, age, or the receipt of public assistance, part time income, or exercising rights under any consumer protection credit act. In addition, it is our policy not to discriminate based on familial status or a handicap in the extension of credit for housing. It is the Credit Union's intent to comply with all consumer credit protection statutes and regulations.

I AGREE THAT EVERYTHING STATED IN THIS APPLICATION WHETHER ORAL, WRITTEN, OR THROUGH A FAX MACHINE IS CORRECT TO THE BEST OF MY KNOWLEDGE. THE CREDIT UNION IS AUTHORIZED TO INVESTIGATE MY CREDIT-WORTHINESS, EMPLOYMENT HISTORY, AND TO OBTAIN A CREDIT REPORT AND TO ANSWER QUESTIONS ABOUT THEIR CREDIT EXPERIENCE WITH ME. I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS IN MY APPLICATION MAY CAUSE ANY LOAN OR EXTENSION TO BE IN DEFAULT. I UNDERSTAND THAT 18 U.S.C. 1014 MAKES IT A FEDERAL CRIME TO KNOWINGLY MAKE ANY FALSE STATEMENT ON THIS APPLICATION.

The USA Patriot Act requires that you verify the identity of all account holders. You may ask me or my co-applicant to show proof of our identity.

| X | 05/22/19 | X | 06/22/19 |
|---|---|---|---|
| Applicant Signature | Date | Other Applicant Signature | Date |

**VISA CREDIT CARD REQUEST AND DISCLOSURE**

| **ANNUAL PERCENTAGE RATE For Purchases** | VISA Credit Card- **9.9%,10.5%,10.9%** non-variable. The rates vary depending on the type of card you qualify for based on your creditworthiness when you open your account. VISA Secured Credit Card- **10.9%** |
|---|---|
| **ANNUAL PERCENTAGE RATE For Balance Transfers** | VISA Credit Card- **9.9%,10.5%,10.9%** non-variable. The rates vary depending on the type of card you qualify for based on your creditworthiness when you open your account. VISA Secured Credit Card- **10.9%** |
| **ANNUAL PERCENTAGE RATE For Cash Advances** | VISA Credit Card- **9.9%,10.5%,10.9%** non-variable. The rates vary depending on the type of card you qualify for based on your creditworthiness when you open your account. VISA Secured Credit Card- **10.9%** |
| **Paying Interest** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases or balance transfers if you pay your entire balance by the due date each month. We will begin charging interest on cash advances on the transaction date. |
| **For Credit Card Tips From The Consumer Financial Protection Bureau** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore |
| **Set-up And Maintenance Fees** Annual Fees Lost Card Replacement | **None** **$10.00** |
| **Transaction Fees** | 1% of transaction amount on foreign transactions |
| **Penalty Fees** Late Payment Return Payment | up to **$20.00** **$25.00** |

**How We Will Calculate Your Balance:** We use a method called "Daily Balance (including new purchases)". See your account agreement for more details.
**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Account agreement.

**CREDIT CARD REQUEST**

I/We request that a credit card(s) be issued on my/our account and agree that I/We will be bound by the terms and conditions of the Credit Card Agreement and Disclosure and all the amendments when I/we use the card(s). Before we approve you for a credit card, we will review your credit report, and the information you provide with your application to confirm that you meet the criteria for a card listed above.

**CONSENSUAL SECURITY INTEREST.** If your application for a credit card is approved, you acknowledge that the granting of a security interest in your share accounts is a condition of the approval of a Credit Card Account. By signing below, you grant a security interest to the Credit Union in all individual and joint share accounts you have with the Credit Union now and in the future to secure your Account. You authorize the Credit Union to apply the balance in these share account(s) to pay any amounts due under your Credit Card Agreement and Disclosure if your account is ever in default. You are not giving a security interest in any shares or funds in any IRA, SEP, Keogh, or any other share account which, if pledged, would result in the loss of special tax treatment under the Internal Revenue Code.

Share Secured VISA Applicants ONLY: Secured pledge of share $_____ In Account #_____

DocuSigned by:

| X | 05/22/19 | X | 05/22/19 |
|---|---|---|---|
| Signature of Applicant/Borrower | Date | Signature of Spouse/Co-applicant (if applicable) | Date |

**READ THIS FORM - COMPLETE ENTIRELY - SIGN BY ALL THE X'S ON BOTH PAGES - RETURN TO CREDIT UNION**

**SIMPLIFIED LOAN AGREEMENT**





| Member/Borrower(s) Name and Address | Member/Account No. | Effective Date |
|---|---|---|
| *Krashanna D Smith* | ████████00 | *07/08/2019* |
| | Approved Credit Limit(s) | |
| *154 Longstreet Cir* | *0.00* | |
| *Oxford, GA 30054* | | |

In this Simplified Loan Agreement ("Agreement"), "you" and "your" mean each person who authenticates this Agreement as Borrower and Co-borrower, whether by affixing their actual signature, or through use of an electronic signature or facsimile signature. "Credit Union" means the credit union named above, and includes anyone to whom the Credit Union transfers its rights under this Agreement. By authenticating (signing) this Agreement you acknowledge that you have applied for credit with the Credit Union, and that you understand and agree to the terms and conditions of this Agreement. This Agreement will not be in effect unless and until the Credit Union notifies you that it has approved your application for credit. This Agreement is the entire agreement between you and the Credit Union, and there are no verbal understandings or agreements between you and the Credit Union that are not contained in this Agreement or in other written agreements furnished to you now or in the future by the Credit Union in connection with this Agreement, as explained below.

Under the terms of this Agreement the Credit Union will establish a multi-featured plan for you ("Account") that includes both open-end credit (self-replenishing) and closed-end credit (non-replenishing) sub-accounts ("Loan Types"). Open-end credit Loan Types, such as personal lines of credit and overdraft protection, allow you to take advances from time to time, subject to a credit limit, and are self-replenishing as you repay outstanding balances. Closed-end credit Loan Types, such as vehicle loans, are single-advance loans, and require you to repay the amount advanced according to a predetermined payment schedule. Each Loan Type sub-account that the Credit Union establishes for you under your Account is separate from the other Loan Type sub-accounts for purposes of determining interest charges, late charges, and minimum payments. This Agreement and any Single Advance Loan Type Disclosure and Security Agreement ("Single Advance Loan Disclosure") furnished to you now or in the future under the terms of this Agreement are the binding agreements that govern the terms of all of the credit extended to you under your Account.

**OPEN-END CREDIT TRUTH IN LENDING DISCLOSURES**
The table below contains necessary Federal Truth in Lending Disclosures for your Open-end Credit Loan Type(s). Other required Truth in Lending Disclosures for open-end credit are contained in the body of this Agreement.

| Interest Rates and Interest Charges | |
|---|---|
| **ANNUAL PERCENTAGE RATE** (APR) for Cash Advances | ☐ Line of Credit - _____ %  <br> ☐* Overdraft Protection-_____ % |
| **Minimum Interest Charge** | None |
| **Paying Interest** | You will be charged interest from the transaction date. |
| **Fees** | |
| **Set-up and Maintenance Fees** | |
| • Annual Fee | None |
| • Set-up Fee | N/A |
| **Transaction Fees** | |
| • Refinance | N/A |
| **Penalty Fees** <br> • Late Payment | **Line of Credit & Overdraft Advances:** If your payment is ____ or more days late, you will be charged _____ of the payment then due, but not to exceed _____. <br><br> **Single Advance (Closed-End):** If your payment is _15_ or more days late, you will be charged *15.00* |
| • Returned Payment | $25.00 |

**How We Will Calculate Your Balance:** We will use a balance computation method called daily balance. See your account Agreement for more details.
**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Account agreement.

| Open-end Credit Loan Type(s) Information | |
|---|---|

**Interest Rate**

**Line of Credit:** Daily Periodic Rate of .................................%, corresponding to an **ANNUAL PERCENTAGE RATE** of ................. %.

**Overdraft Protection:** Daily Periodic Rate of _____%, corresponding to an **ANNUAL PERCENTAGE RATE** of _____%.

* **Overdraft Protection:** ☐ I understand that overdraft protection is available as a loan advance. By checking the box, I am notifying you that I do NOT want overdraft protection by loan advance or I am not eligible for overdraft protection.

**Minimum Monthly Payment:** The minimum monthly payment will be the greater of 3.50% of your balance with a minimum payment of $10.00. The due date of your payment will be the 25th of each month.

**CLOSED-END CREDIT TRUTH IN LENDING DISCLOSURES**
Necessary Federal Truth In Lending Disclosures for any closed-end credit single-advance Loan Type(s) will be provided to you separately at or before the time of each such transaction.

**IT IS IMPORTANT THAT YOU RETAIN A COPY OF THIS AGREEMENT FOR YOUR RECORDS**

## SIMPLIFIED LOAN AGREEMENT

**Open-end Credit Loan Types:** This Agreement governs the terms and conditions of all Open-end Credit Loan Types established under your Account. The Credit Union expects that you will make repeated transactions under your Open-end Credit Loan Type(s) and, unless you are in default, you may continue to receive open-end credit advances under the terms of this Agreement up to the approved line of credit limit(s). You understand and agree that the Credit Union may occasionally or routinely verify your credit information, such as your continued income or employment status or other information for security purposes, to determine your continued eligibility to receive credit advances under your Open-end Credit Loan Type sub-accounts.

**Closed-end Credit Loan Types:** This Agreement and the Single Advance Loan Disclosure that is furnished to you in connection with any closed-end Loan Type(s) established for you governs the terms and conditions of each such closed-end Loan Type. You understand and agree that the Credit Union may verify your credit information, such as your continued income and employment status or other information for security purposes, in connection with any closed-end credit advance request. Depending on the information that the Credit Union receives and the underwriting policies in effect at that time, if you do not meet the Credit Union's requirements for such an advance, the Credit Union may take "adverse action" in connection with your advance request, such as denying your request or making a counter-offer of credit under different terms. You will receive necessary disclosures informing you about the Credit Union's decision in the event any request you make for a closed-end credit advance is subject to any adverse action.

**Advances:** You may request loan advances in person, by mail, by telephone, by convenience check, or by other paper or electronic means made available by the Credit Union from time to time. When you request an advance by phone, you require you to prove your identity. By signing any loan advance proceeds check, or by accepting and/or using any loan proceeds deposited by the Credit Union into your share or share draft account(s), you acknowledge and agree that such funds constitute advances under the terms of this Agreement (and the terms of any Single Advance Loan Disclosure furnished in connection with a closed-end credit transaction), and are made pursuant to your request. You acknowledge and agree that the Credit Union may rely on any telephonic or other communication directing the transfer of funds advanced under this Agreement that is received by the Credit Union in good faith from anyone reasonably believed by the Credit Union to be you. Unless you establish a billing error under the federal Fair Credit Billing Act, or otherwise establish that an error has occurred under applicable law, when an advance appears on a subsequent statement sent to you by the Credit Union, it will be conclusive proof of your advance request.

You understand and agree that any means provided by the Credit Union to you to obtain advances on your Account, such as personal identification numbers (PINs), access codes, convenience checks, or similar means, will only be sent to the primary Borrower at the primary Borrower's address of record. The Credit Union may refuse any request to the contrary. If the Credit Union furnishes you with any convenience checks, you understand and agree that the Credit Union is not obligated to honor any such check(s) you have written if doing so would cause you to exceed the applicable credit limit, or if your Account is in default or has been terminated for any reason, or if you have told us that the convenience checks have been lost or stolen.

**Overdraft Protection:** If you have an overdraft protection loan type, advances will be deposited into the share draft/checking account designated by you in such amounts as the Credit Union determines from time to time. Such advances are subject to the terms of this Agreement and will not be available if you have exceeded your credit limit or your account is in default or has been terminated for any reason. You agree to hold the Credit Union harmless for any and all liability that may arise in the event an overdraft transfer does not occur.

**Interest Charges:** You will be charged interest on the unpaid balance of all loan advances under this Agreement. Interest begins to accrue on the date of each advance, and there is no grace period. Interest is computed separately for each Loan Type under your Account.

For Open-end Credit Loan Type(s), interest is calculated using the Daily Balance Method, which applies the applicable daily periodic rate to the "daily balance" of each of your accounts for each day in the billing cycle. To get the "daily balance" we take the beginning balance of each account, add any new advances and other charges incurred that day, and subtract any unpaid finance charges and any payments or other credits received that day. This gives us the daily balance. The total finance charge for each Loan Type is the sum of all the daily finance charges for each day of the billing cycle. The total finance charge for your Account each billing cycle is the sum of all the finance charges for each Loan Type on your Account.

For Open-end Credit Loan Type(s), refer to the section "Open-end Credit Loan Type Information" above for the applicable Daily Periodic Rate(s) and corresponding Annual Percentage Rate(s), and information about any variable rate feature.

For any closed-end credit Loan Type(s), refer to the Single Advance Loan Disclosure provided to you at the time of such advance for information about the simple interest rate, Annual Percentage Rate, Finance Charge, Amount Financed and Total of Payments for that advance.

**Variable Rates:** If any Open-end Credit Loan Type is subject to a variable interest rate, you understand that the initial interest rate applicable to the outstanding balance of that Loan Type may change. If applicable, the terms related to any variable interest rate for Open-end Credit Loan Type(s) are described in the section "Open-end Credit Loan Type Information" above.

If any closed-end Loan Type is subject to a variable interest rate, you understand that the initial interest rate applicable to the outstanding balance of that Loan Type may change. The terms related to any variable interest rate for a closed-end Loan Type are disclosed in the Single Advance Loan Disclosure provided at the time of such advance.

**Credit Limit(s):** The Credit Union will tell you the maximum credit limit that is established for your Open-end Credit Loan Type(s). You agree not to exceed the maximum credit limit applicable to each such Loan Type. If you do, you will be in default under the terms of this Agreement, and you agree to repay the excess amount immediately upon the request of the Credit Union.

If you are in default under any other terms of this Agreement, even if the balance under any Open-end Loan Type(s) is less than the applicable Credit Limit, you will be unable to obtain credit advances. If any Open-end Credit Loan Type is secured by collateral, amounts outstanding in excess of your credit limit for such a Loan Type are not secured by the collateral.

**Joint Accounts:** If more than one person authenticates this Agreement, the obligations and liabilities of each shall be joint and several. This means the Credit Union can enforce its rights under this Agreement against any one of you or against all of you together. Unless Credit Union policy requires that all of you must sign for an advance, then each of you authorizes the Credit Union to obtain advances individually. This means that an advance may be made upon the request of only one of you, and the proceeds of an advance may be received by only one of you. If the Credit Union receives inconsistent instructions regarding an advance, the Credit Union may refuse to follow such instructions.

**Fees and Charges:** For Open-end Credit Loan Type(s) the fees and charges applicable to those Loan Type(s) are disclosed in the section Open-end Credit Loan Type Information on page 1. For any closed-end credit Loan Type(s) the fees and charges applicable to such Loan Type are disclosed on the Single Advance Loan Disclosure furnished in connection with that Loan Type(s).

**Other Charges:** If you grant the Credit Union a security interest in collateral in connection with a secured Loan Type, you may be charged a fee for determining if there is an existing security interest in that collateral, and you may also be charged a fee for perfecting the Credit Union's security interest in that collateral. The actual charges for such fees will be disclosed to you on the Single Advance Loan Disclosure furnished to you in connection with such a secured Loan Type.

**Payments:** You must make your minimum monthly payments by the due date disclosed to you on your periodic statement for Open-end Credit Loan Types, and by the due date disclosed to you on any Single Advance Loan Disclosure for closed-end credit Loan Types.

The minimum monthly payment for each Open-end Credit Loan Type is described on page 1 in the section "Open-end Credit Loan Type(s) Information." The minimum monthly payment required for any Closed-end Credit Loan Type(s) will be disclosed to you on the Single Advance Loan Disclosure for such Loan Type(s) at the time of such advance.

In addition to the minimum periodic payment calculated according to the terms of this Agreement or disclosed to you in any Single Advance Loan Disclosure, your required minimum monthly payment may also include applicable late charges, any optional credit insurance premiums, any past due amounts from previous statements, and any amounts advanced to you that exceed your credit limit. You may also be required to repay the Credit Union for any amounts advanced by the Credit Union for expenses incurred to protect the Credit Union's rights in or to the collateral, if any, or the Credit Union may add such amounts to the appropriate Loan Type sub-account balance.

Payments must be received at an office of the Credit Union by close of business on a business day in order to be considered received on that business day. Payments will be applied by the Credit Union in its sole discretion, unless a particular order is required by applicable law. If any payment received by the Credit Union is less than the total minimum required for such payment, the Credit Union may allocate such payment at its sole discretion.

**Prepayment:** You may prepay all or part of any Loan Type balance at any time without penalty. Any partial prepayment will not change how your minimum periodic payment is determined, and may not result in a reduction of your required minimum monthly payment. If any balance remains outstanding after your prepayment, you will still be required to make your regular periodic payments. If your remaining balance is less than the minimum payment amount calculated according to this Agreement, your required minimum monthly payment will be that balance.

**Skip Payments:** At the Credit Union's sole and exclusive option, and on terms disclosed to you by the Credit Union from time to time, the Credit Union may allow you to "skip" payments, which means you may be given permission to not make one or more periodic or scheduled payments without incurring any late charges for such payment(s). You understand that if you accept any such skip payment offer, that interest charges will continue to accrue on the outstanding balance(s) in your Account during the period covered by the "skipped" payment. You further understand and agree that accepting a skip payment offer will not extend the term of any loan protection coverage (e.g., credit insurance) you may have obtained in connection with your Account.

**Statements:** The Credit Union will send you a periodic statement for each billing cycle at the end of which your Account has a debit or credit balance or on which a finance charge has been imposed. The statement cycle is monthly, but in any event, you will be sent a statement at least quarterly. We are not obligated to send you a statement if we believe your Account is uncollectible, or if we have started collection proceedings against you because you are in default. A statement sent to any one of you will be considered notice to all of you. Your statement will be considered a correct statement of your Account unless you notify us within sixty (60) days of the statement date that you dispute the statement and you establish a billing error pursuant to the federal Fair Credit Billing Act.

**Unlawful Transactions:** You agree that you will not use the Loan Type(s) under this Agreement to make or facilitate any illegal transaction(s). Such use will be an event of default. The Credit Union agrees that it shall not be liable for any such use by you or any authorized user(s). You agree to indemnify and hold harmless the Credit Union and its successors from any suits, liability, damages or other adverse actions or consequences of any kind arising directly or indirectly from the illegal use of the Loan Type(s) under this Agreement.

**Late Charges:** If any payment under this Agreement is made late, you may be charged a Late Charge, as applicable. The Late Charge for each Open-end Credit Loan Type is described on page 1 in the section "Open-end Credit Loan Type(s) Information." The Late Charge for any Closed-end Credit Loan Type(s) will be disclosed to you on the Single Advance Loan Disclosure for such Loan Type(s) at the time of such advance.

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 - EFORM 21201-1 Rev 10/18

**Page 2 of 4**

**Credit Insurance:** Credit insurance is not required to obtain credit under this Agreement of any Single Advance Loan Disclosure executed in connection with this Agreement. If you elected to obtain and qualify for optional credit insurance in connection with any Loan Type(s) under this Agreement, you understand that the premiums and other charges for coverage will be added to your Account each month, and collected as part of your periodic payment. You understand that premium rates are not guaranteed, but that you will be notified in advance of any change in premium rates.

**Notices:** You promise that your name(s) and address(es) shown in this Agreement are your correct legal name(s) and current address, and that such address(es) may be used for all notices to you that may be required for purposes of this Agreement and any Single Advance Loan Disclosure executed in connection with this Agreement. You agree that in the event you change your name or change your address that you will promptly inform the Credit Union in writing of such change, and that the change will not be effective until notice is received by the Credit Union. You understand and agree that the Credit Union may require you to provide an original signature in connection with any such change, and you agree to do so upon request.

**Security for Closed-End Loan Types:** As security for any loan advances made to you under any closed-end credit Loan Type(s), you give the Credit Union a security interest in all individual and joint deposit accounts you have in the Credit Union, now or in the future, except for those accounts, such as an IRA, Keogh Account, or similar government-authorized tax deferral account which would lose special tax treatment if pledged as security for a loan advance (collectively, the "Pledged Deposits"). The Credit Union may, but is not required to, allow you to withdraw a portion of such Pledged Deposits without affecting its security interest. You understand and agree that in the event of default, the Credit Union may take the Pledged Deposits and apply them to your Account, not to exceed the unpaid balance of your closed-end credit Loan Type(s), plus applicable fees and charges. You also give the Credit Union a security interest in the property described in the "Security Description" section of the Single Advance Loan Disclosure executed in connection with any closed-end Loan Type(s) (the "Pledged Property"). The security interest you give in the Pledged Property also covers all proceeds of, substitutions or replacements for, and all accessions and improvements to the Pledged Property, as well as all proceeds from insurance and all refunds of unearned premiums related to the Pledged Property. The security interest also includes any replacements of the Pledged Property you buy within ten (10) days of the advance as well as any money you receive for selling the Pledged Property. All of the Pledged Deposits and any Pledged Property given to secure this Account shall be referred to as "Collateral" under this Agreement.

If the Collateral is household goods as defined by the Federal Trade Commission Fair Credit Practices Rule, it secures only funds advanced for the purchase of that Collateral or a refinancing or consolidation of such obligation. If the Collateral is stocks or bonds, you agree that: (1) those securities must be held in trust for or controlled by the Credit Union; (2) if the value of the Collateral diminishes to the extent that the Credit Union is no longer secured as required by this Agreement, you will provide additional collateral immediately upon the Credit Union's request; and (3) if there is an increase in the Collateral, such as a stock split, that such increase will be deemed an increment to the Collateral and will also secure this Agreement

You promise that you own the Pledged Deposits and any Pledged Property given as Collateral, and/or that you will use the proceeds of any advance from a closed-end Loan Type to purchase the Pledged Property, and that no one else has or will have an interest in or claim against the Collateral, except as now or previously disclosed to the Credit Union.

**Cross-Collateralization for All Loan Types:** Property (other than household goods or any dwelling) that you pledge to secure other loans with the Credit Union will also secure all Loan Type advances under this Agreement or any other agreement you may have with the Credit Union, now or in the future.

**Lien Impressment and Right of Setoff for All Loan Types:** To the extent permitted by applicable law, you understand and agree that the Credit Union has the right to impress and enforce a statutory lien against all shares or other funds you have on deposit with the Credit Union as security for all advances made to you under any Open-end Credit or Closed-end Credit Loan Types. If you are in default, the Credit Union may, at any time and without demand or notice of any kind, appropriate and apply any shares or deposits you have in the Credit Union, and any accrued but unpaid dividends or interest on such deposits you may be entitled to receive, to the available balance(s) due, any available shares, dividends, or other funds that would not have adverse tax consequences if pledged as security under any or all Loan Type(s) under this Account.

This right to impress a lien and the right of setoff does not apply to any account, such as an IRA, Keogh Account, or similar government-authorized tax deferral account, which would lose special tax treatment if pledged as security for a loan advance.

**Protection of the Collateral:** You agree to: (1) maintain, protect and preserve the Collateral; (2) not use or permit anyone else to use the Collateral in violation of this Agreement, or in violation of any statute, regulation, ordinance, or policy of insurance covering the Collateral; (3) promptly pay when due all taxes, charges, encumbrances or liens now or later imposed upon or affecting the Collateral; (4) promptly notify the Credit Union of any change in your name or change in your address that we have on file for you; (5) help the Credit Union do all that is necessary to protect the Credit Union's security interest in the Collateral, including giving the Credit Union all endorsements, assignments, financing statements, or other writings necessary to protect the Credit Union's security interest and its lien priority; (6) promptly deliver to the Credit Union, in the form received, all proceeds of the Collateral that you receive; (7) not to sell, lease, encumber, rent, or otherwise dispose of or give the Collateral to anyone other than the Credit Union; and (8) upon the Credit Union's reasonable request and subject to applicable law, allow the Credit Union to inspect the Collateral. For any item of Collateral that is subject to titling requirements under applicable law, you promise that title to the Collateral shall only be held in the name(s) of the Borrower(s) named in this Agreement, and that the Credit Union's security interest in the Collateral shall be identified on the Certificate of Title. You authorize the Credit Union to file a financing statement on any item of Collateral to protect the Credit Union's interests.

**Property Insurance and Taxes:** You are required to insure any Pledged Property against loss by theft, fire, and damage due to collision or similar perils encompassed by the term "comprehensive," with the Credit Union named as loss payee, in an amount not less than the outstanding balance of the Loan Type secured by that Pledged Property. You may obtain the insurance through an insurance company of your choice unless the Credit Union, for good cause, refuses to accept the insurance. If requested, you must furnish the Credit Union with proof of coverage or deliver the policy to the Credit Union. If the Pledged Property is lost or damaged, the Credit Union may use the insurance proceeds to replace or repair it, or the Credit Union may apply the proceeds to the outstanding balance of any Loan Type(s) of your Account. You authorize the Credit Union to endorse any check or draft payable to you so that it may collect benefits or amounts due under the insurance policy. If you fail to obtain or maintain the insurance, the Credit Union may, but is not required to, purchase any type of insurance it feels is necessary to protect its interest in the Pledged Property. THE INSURANCE MAY NOT BE LIABILITY INSURANCE AND MAY NOT PROTECT YOU AGAINST ANY CLAIMS MADE AGAINST YOU. This means that any insurance purchased by the Credit Union could provide less protection for you, and could cost significantly more than insurance that you could buy. You agree that the Credit Union may, to the extent allowed by applicable law, add the cost for this insurance to the Loan Type balance of your Account and charge you interest on that amount at the applicable rate. You understand that if the Credit Union uses an insurance company to monitor its loan accounts to verify that borrowers have complied with the requirement to obtain and maintain insurance, then the Credit Union may receive payment from that insurance company in connection with any resulting insurance policy purchased, and the charges added to your Loan Type(s) may include the payments to the Credit Union and the costs of verifying compliance with these insurance requirements. You are required to pay all taxes due on any Collateral pledged to secure any Loan Type(s) under this Account. If you do not pay them, the Credit Union may, but is not required to, pay them and add the amount to the applicable Loan Type(s) of your Account and charge you interest on that amount at the applicable rate. If amounts for taxes, insurance, or other fees are added to your Account, you agree that your periodic payment may, at the Credit Union's option, be increased by an amount sufficient to repay the amounts added within the term of the insurance policy or the remaining term of the applicable Loan Type(s), or you may be required to pay the amount in a single payment.

**Attorney-in-Fact:** You hereby appoint the Credit Union as your lawful Attorney-in-Fact to perform any act(s) which it deems are necessary to protect its security interest in the Collateral.

**Default:** You will be in default if any of the following occur: (1) you fail to make any payment as required by this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement, (2) you break any promise that you have made under this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement; (3) you are in default under any other agreement that you have with the Credit Union; (4) you die or become involved in any custodial proceedings brought against you; (5) you become involved in any bankruptcy or insolvency proceedings brought by or against you; (6) you are the subject of any legal process which seeks to attach your Credit Union account; (7) you have given the Credit Union any false or misleading information in your credit application, or when you request a credit extension, or while you are obligated under this Agreement; (8) you act or fail to act in a way that endangers the Collateral or the Credit Union's security interest in or rights to the Collateral; (9) the Credit Union, in good faith, believes that your ability to make payments as required by this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement is or will be impaired, time being of the very essence.

**Remedies:** If you are in default, the Credit Union may, after expiration of any right you may have under state law to cure your default, cancel your rights under this Agreement and declare any amounts you owe in connection with this Agreement or any Single Advance Loan Disclosure immediately due and payable, without further notice or demand. To the extent permitted by law, you waive any right to notice of demand, notice of dishonor, notice of intent to accelerate, and notice of acceleration. You understand that if you are in default the Credit Union may exercise any or all of its rights under this Agreement or applicable law, and that you will continue to be charged interest on the unpaid balances of your Account at the applicable interest rate(s) specified in this Agreement or in any Single Advance Loan Disclosure executed in connection with this Agreement.

If you have pledged Collateral in connection with any closed-end credit Loan Type, and if payment in full is not immediately made upon default, you understand that the Credit Union may exercise its rights with respect to the Collateral as set forth in the Single Advance Loan Disclosure executed in connection with such Loan Type(s) and as permitted by applicable law, which may include the Credit Union taking possession of the Collateral and disposing of it in any manner permitted by applicable law.

**Promise to Pay; Attorney's Fees and Costs:** In exchange for the Advances made or to be made, you promise to pay us in lawful money of the United States the aggregate of all open-end credit advances and all closed-end credit advances made to you or charged to your Account from time to time under this Agreement and any Single Loan Disclosure furnished to you in connection with this Agreement, plus a Finance Charge (interest) and any other applicable charges. You agree that your payments shall be in regular periodic payments, as described in the Payments paragraph on page 2 of this Agreement, made on the agreed due date of each of such payments, according to the stated terms and conditions. You also agree that if you are in default of this Agreement then, in addition to all other sums due and owing, you shall be liable for payment of all reasonable costs and expenses (including, reasonable attorney's fees (in Georgia, 15% of principal and interest owing thereon), paralegal's fees, court costs, attorney's dispute resolution fees, and costs incurred in the recovery, sale or other disposition of any collateral incurred by the Credit Union at the pre-suit, trial appellate and post-judgment levels, and at all levels of any bankruptcy proceedings), to the extent allowed by law. In connection with litigation or other efforts by the Credit Union to collect any amounts you owe pursuant to this Agreement. You agree to allow us to garnish head of household or family earnings.

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 - EFORM 21201-1 Rev. 10/18

**Forbearance Not a Waiver:** The Credit Union may delay taking any action to protect its rights under this Agreement, any Single Advance Loan Disclosure executed in connection with this Agreement, or any related agreement, as many times as it wants and for as long as it wants without losing any of those rights. The Credit Union's acceptance of any partial or late payments, or payments with restrictive endorsements such as "paid in full," does not waive the Credit Union's rights under this Agreement.

**Updated Information:** You will provide the Credit Union with updated financial information about you upon its request. You will promptly notify the Credit Union in writing if you change your name, change your address, or change your place of employment.

**Changes to this Agreement:** The Credit Union may change the terms of this Agreement at any time upon proper notice to you, in accordance with applicable law. Changes may include, but are not limited to, an increase in the Interest Rate for any Loan Type under your Account. Any increase in the interest rate for a Loan Type will apply to future advances under that Loan Type and may, subject to applicable law, apply to existing unpaid balances. You understand that an increase in the Interest Rate for a Loan Type with a variable rate feature that results from a change in the variable rate index is not considered a change in terms.

**Termination:** You or the Credit Union may cancel this Agreement at any time. Termination by you or the Credit Union will not change any of your obligations to repay any outstanding Loan Type balance(s) on your Account under the terms of this Agreement.

**Severability:** If any law or decision by a court of competent jurisdiction makes any part of this Agreement, or any Single Advance Loan Disclosure executed in connection with this Agreement, invalid or unenforceable, the other terms will remain in effect.

**Successors Bound:** Anyone who takes your place, such as heirs, legal representatives or successors, has the same obligations as you have under this Agreement.

**Other Terms:** You authorize the Credit Union to accept your electronic or facsimile signature for all purposes of authenticating any application, this Agreement, any Single Advance Loan Disclosure executed in connection with this Agreement. You understand and agree that those signatures will have the same legal force and effect as your original signatures for all applications, transactions and agreements you have with the Credit Union. You further agree that you assume all risks associated with authorizing us to accept such electronic or facsimile signatures.

**Disclosure of Financial Information:** The Credit Union may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. You understand that the Credit Union may, to the extent permitted by applicable law, also furnish information about your Account to others, such as a prospective employer or insurer, or a state or federal agency having any apparent legitimate business need for such information. **Governing law; venue:** Except to the extent that federal law controls the terms and conditions of this Agreement, this Agreement and any Single Advance Loan Disclosure executed in connection with this Agreement, shall be governed by the laws of the state in which this Agreement and such disclosures were signed by you. You agree that venue for any suit to enforce your obligations under this Agreement, including payment obligations, may, in the sole discretion of the Credit Union, be brought in Polk County, Florida, Gwinnett County, Georgia, or in the county of the state where you reside, or, if you are a business, the county of the state in which you have an office for the conduct of business at the time such legal proceedings are commenced

**Your Billing Rights: Keep This Document For Future Use**
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
Public Employees Federal Credit Union
P.O. Box 1000
Lakeland, Florida 33802
You may also contact us on the Web: www.pefcu.com
In your letter, give us the following information:
- **Account information.** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain why we believe the bill was correct.

While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**
- **If we made a mistake:** You will not have to pay the amount in question or any interest or other fees related to that amount.
- **If we do not believe there was a mistake:** You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us. If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

**Errors and Omissions Statement for Loan Agreement**
In the event any of the documents evidencing and/or securing the referenced loan misstate or inaccurately reflect the true and correct terms and provisions of the loan and said misstatement or inaccuracy is due to unilateral mistake on the part of the lender, mutual mistake on the part of the lender and borrower or clerical error, then in such event borrower shall upon request of lender and in order to correct such misstatement or inaccuracy, execute such new documents or initial such corrected original documents as lender may deem necessary to remedy said inaccuracy or mistake and borrower's failure to initial or execute such documents as requested shall constitute a default under the Loan Agreement.

---

## SIGNATURES

By signing below, you acknowledge that you have read, understand and agree to the terms contained in this Agreement, and that you have received a completely filled-in copy of this Agreement. You further acknowledge and agree that you grant the Credit Union a security interest in your shares and deposits with the Credit Union, now or in the future (except for those accounts, such as an IRA, Keogh Account, or similar government-authorized tax deferral account which would lose special tax treatment if pledged as security for a loan advance), to secure any closed-end credit advance made to you under the terms of this Agreement and any Single Advance Loan Disclosure executed in connection with such an advance.

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**Application for Credit:** You agree that the Credit Application shall be the credit union's property whether or not the Credit Application is approved. You agree to keep the Credit Union informed of any material changes in the information contained in the Credit Application.

**Negative Information Notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may reflect in your credit report.

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.**

DocuSigned by:

X _____   07/08/2019    X _____   07/08/2019
Borrower Signature              Date         Co-Borrower Signature        Date
54BCE443FCBA4EB...

Signed in _____ Newton _____ County, State of _____ GA _____

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 - EFORM 21201-1 Rev. 10/18

ACCOUNT NUMBER: ████████00

## FLORIDA CREDIT INSURANCE ACKNOWLEDGEMENT

**Florida Credit Insurance Acknowledgement Form -- Pursuant to Florida Statutes 627.679(1)(c)**

By signing below, (1) I acknowledge that I have the option of assigning any other policy or policies I own or may procure for the purpose of covering this loan and that credit insurance coverage need not be purchased from the financial institution or anyone else in order to obtain the loan.  (2) I understand that I must be under a certain age to be eligible for credit insurance and that coverage will stop when I reach a certain age, as disclosed in the Application for Group Credit Insurance. (3) I understand that I have 30 days from the date coverage takes effect to rescind coverage with a full refund of any premiums that I have paid.

| Signature of Applicant | Date 5/22/2019 | Signature of Co-Applicant | Date |
|---|---|---|---|
| X | | X | |

EdF 85733 5-2016

X KRASHANNA D SMITH
**PRINTED NAME OF APPLICANT**

X
**PRINTED NAME OF CO-APPLICANT**



**Publix Employees Federal Credit Union**

P.O. BOX 1000
LAKELAND, FLORIDA 33802

**LINE OF CREDIT ADVANCE**

**TotalLoan**™

Date: 05/22/2019

| Borrower Name/Address | Co-Borrower Name/Address |
|---|---|
| KRASHANNA D SMITH<br><br>154 Longstreet Cir<br>Oxford, GA 30054-2244 | |
| Member No.<br>▮▮▮▮0-50 | Member No. |

### REPAYMENT

| ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Interest Rate | Purpose |
|---|---|---|---|
| 17.750%% | 0.048631 % | Fixed | Cash Out Refinance |

| Amount Approved | Line of Credit Limit | Amount Advanced | Previous Balance | New Balance |
|---|---|---|---|---|
| 500.00 | 500.00 | 500.00 | 0.00 | 500.00 |

| Maximum Monthly Payment | Payment Amount | Due Date | Monthly |
|---|---|---|---|
| 17.50 | 17.50 | 25th of each month | |

Your ANNUAL PERCENTAGE RATE has changed based on the periodic review of your account.

Line of Credit increased to    500.00

---

REFER TO YOUR SIMPLIFIED LOAN AGREEMENT FOR COMPLETE TERMS AND CONDITIONS FOR LINE OF CREDIT ADVANCES.

☒ IF THIS BOX IS CHECKED, I (WE) WISH TO ACTIVATE OVERDRAFT PROTECTION BY LOAN ADVANCE THAT WAS NOT ACCEPTED WHEN I (WE) ESTABLISHED OUR LOAN ACCOUNT WITH THE CREDIT UNION.

☐ IF THIS BOX IS CHECKED, I (WE) WISH TO DECLINE THE OVERDRAFT PROTECTION OFFERED AFTER OUR LOAN ACCOUNT WITH THE CREDIT UNION WAS ESTABLISHED.

**For Open-end Credit Loan Type(s)**, interest is calculated using the Daily Balance Method, which applies the applicable daily periodic rate to the "daily balance" of each of your accounts for each day in the billing cycle. To get the "daily balance" we take the beginning balance of each account, add any new advances and other charges incurred that day, and subtract any unpaid finance charges and any payments or other credits received that day. This gives us the daily balance. The total finance charge for each Loan Type is the sum of all the daily finance charges for each day of the billing cycle. The total finance charge for your Account each billing cycle is the sum of all the finance charges for each Loan Type on your account.

**Late Charge:** If your payment is   15   or more days late, you will be charged   5.000% of the payment then due, not to exceed       15.00 .

## Publix Employees Federal Credit Union

### APPLICATION FOR ALL CREDIT

| LOAN AMOUNT REQUESTED | TO BE REPAID IN (estimated) | REQUESTED PERIODIC PAYMENT | PURPOSE OF LOAN AND COLLATERAL OFFERED | ☐ OPEN END |
|---|---|---|---|---|
| 500.00 | | | | ☐ CLOSED END |
| | | | HELP BUILD CREDIT | ☐ CREDIT CARD |

THIS APPLICATION IS FOR (Check one of the boxes below):   **NOTICE: MARRIED APPLICANTS MAY APPLY FOR INDIVIDUAL CREDIT**

☒ AN INDIVIDUAL ACCOUNT   ☐ A JOINT LOAN/ACCOUNT WITH MY SPOUSE   ☐ A JOINT LOAN/ACCOUNT WITH A CO-APPLICANT
MUST SIGN BELOW

I intend to apply for joint credit.   Applicant Signature X _____   Co-Applicant Signature X _____

Complete application section. Complete spouse/co-applicant section if (1) this is to be a joint account, (2) my spouse will use this account, (3) I live in a community property state (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, Wisconsin, or (4) I am relying on my spouse's income in applying for this account. This section must also be completed about my co-applicant if this is for a joint account with someone other than my spouse.

### APPLICANT     ☐ SPOUSE ☐ OTHER APPLICANT ☐ GUARANTOR

| Name | Member Number | Spouse/Other Applicant's Name | Member Number |
|---|---|---|---|
| KRASHANNA D SMITH | 00 | | |

| Street Address | | Street Address | |
|---|---|---|---|
| 154 Longstreet Cir | | | |

| City, State, Zip | How Long | City, State, Zip | How Long |
|---|---|---|---|
| Oxford GA 30054 | Yrs.  10  Mos. | | Yrs.    Mos. |

| Social Security Number | Date of Birth | Social Security Number | Date of Birth |
|---|---|---|---|
| ▮-5210 | | | |

| My Home Phone No. | My Work No. | My Home Phone No. | My Work No. |
|---|---|---|---|
| ▮ | ▮ | | |

| Street Address (Previous Address) | | Street Address (Previous Address) | |
|---|---|---|---|

| City, State, Zip | How Long | City, State, Zip | How Long |
|---|---|---|---|
| | Yrs.    Mos. | | Yrs.    Mos. |

| Employer (If Part Time, # of Hrs. Wkly ____) | | Employer (If Part Time, # of Hrs. Wkly ____) | |
|---|---|---|---|
| Publix Supermarkets Inc | | | |

| Employer's Address (City & State) | Date Employed | Employer's Address (City & State) | Date Employed |
|---|---|---|---|
| Distribution Ctr | 10/26/18 | | |

| Job Title | Supervisor's Name & Phone No. | Job Title | Supervisor's Name & Phone No. |
|---|---|---|---|
| Ft Dockperson | | | |

| Applicant's Salary | Additional Income & Source | Other Applicant's Salary | Additional Income & Source |
|---|---|---|---|
| ☐ Weekly   Gross $ 2,680.92   $ 302.00 | | ☐ Weekly   Gross $ _____   $ _____ | |
| ☒ Monthly | | ☐ Monthly | |

| Former Employer | Dates Employed | Former Employer | Dates Employed |
|---|---|---|---|
| | From:    To: | | From:    To: |

| Nearest Relative's Name (not living with me) | Phone No. | Nearest Relative's Name (not living with me) | Phone No. |
|---|---|---|---|
| ▮ | | | |

| Relative's Address & their relationship to me (father, mother, etc.)  Friend | Relative's Address & their relationship to me (father, mother, etc.) _____ |
|---|---|
| Decatur,Ga | |

| Personal Reference | Phone No. | Personal Reference | Phone No. |
|---|---|---|---|
| ▮ | | | |

| Address | Address |
|---|---|
| Decatur,Ga | |

Alimony, child support, or separate maintenance need not be revealed if I do not wish to have it considered as a basis for repaying obligations under this contract.

Alimony, child support, or separate maintenance need not be revealed if I do not wish to have it considered as a basis for repaying obligations under this contract.

### PROOF OF INCOME IS REQUIRED (pay stub, income tax form 1040 or W-2)

2007 ConmarSystems. Peachtree City, GA 30269 - CF 20123-1 Rev. 1/17      **SEE REVERSE**      Order Date 11/7/12 Website

**FINANCIAL OBLIGATIONS OF BOTH APPLICANT AND CO-APPLICANT - PLEASE INCLUDE ALL OBLIGATIONS - USE SEPARATE SHEET IF NECESSARY**

| | Balance | Monthly Payment | Interest Rate |
|---|---|---|---|
| Residence: I live in a ☐ house, ☐ apartment, ☐ condo or ☐ mobile home. (Please check one) I ☐ Own, ☐ Rent, ☐ or Live with parents. | $0.00 | $0.00 | 0.000% |
| Vehicle #1   Yr.   Make:   Model:   Financed With: | | | |
| | $0.00 | $0.00 | 0.000% |
| Vehicle #2   Yr.   Make:   Model:   Financed With: | | | |
| | $0.00 | $0.00 | 0.000% |
| List all obligations including Credit Cards (if there is not sufficient space, attach a separate sheet) TRANSWORLD SYS INC/33 | $701.00 | $21.03 | |
| US AUTO FINANCE/US AUT | $13,892.00 | $436.00 | |
| See Credit Report for additional Debts. | | | |

Alimony Child Support (Check one, if applicable) ☐ Court Ordered   ☐ Written Agreement   ☐ Oral Understanding

**PERMISSION TO CONTACT:** By providing the Credit Union with a wireless phone number (cell phone), you consent to receiving calls, including autodialed and prerecorded messages from the Credit Union or its third party debt collector at that number.

I AUTHORIZE THE USE OF ALL ELECTRONIC SIGNATURES, FACSIMILE SIGNATURES AND PHOTOCOPIED SIGNATURES FOR ALL PURPOSES. SIGNATURES TO HAVE THE SAME FORCE AND EFFECT AS ORIGINAL SIGNATURES FOR ALL TRANSACTIONS, INCLUDED IN APPLICATIONS OR AGREEMENTS WITH YOU.
I grant permission to you to garnish bank of family earnings, if collection proceedings are brought against me.
If you reasonably determine any stock pledged as Collateral under any stock secured loan has become insufficient to fully secure my obligations under this Note by reason of a decline in the market value thereof, I must either (i) pledge additional stock in an amount you deem sufficient to fully secure my outstanding Sub-Account balance, or (ii) reduce my outstanding Sub-Account balance (by prepayment) so that the stock previously pledged is sufficient to fully secure my outstanding loan balance.
It is the Credit Union's policy to not discriminate against any applicant with respect to race, color, religion, national origin, sex, marital status, age, the receipt of public assistance, part time income, or exercising rights under any consumer protection credit act. In addition, it is our policy not to discriminate based on familial status or a handicap in the extension of credit for housing. It is the Credit Union's intent to comply with all consumer credit protection statutes and regulations.
I AGREE THAT EVERYTHING STATED IN THIS APPLICATION WHETHER ORAL, WRITTEN, OR THROUGH A FAX MACHINE IS CORRECT TO THE BEST OF MY KNOWLEDGE. THE CREDIT UNION IS AUTHORIZED TO INVESTIGATE MY CREDIT-WORTHINESS, EMPLOYMENT HISTORY, AND TO OBTAIN A CREDIT REPORT AND TO ANSWER QUESTIONS ABOUT THEIR CREDIT EXPERIENCE WITH ME. I UNDERSTAND THAT ANY FALSE OR MISLEADING STATEMENTS IN MY APPLICATION MAY CAUSE ANY LOAN OR EXTENSION TO BE IN DEFAULT. I UNDERSTAND THAT 18 U.S.C. §1014 MAKES IT A FEDERAL CRIME TO KNOWINGLY MAKE ANY FALSE STATEMENT ON THIS APPLICATION.
The USA Patriot Act requires that you verify the identity of all account holders. You may ask me or my co-applicant to show proof of our identity.

X _____ 05/22/19   X _____ 05/22/19
Applicant Signature        Date      Other Applicant Signature    Date

**VISA CREDIT CARD REQUEST AND DISCLOSURE**

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE** For Purchases | VISA Credit Card- **9.9%, 10.5%, 10.9%** non-variable. The rates vary depending on the type of card you qualify for based on your creditworthiness when you open your account. VISA Secured Credit Card- **10.9%** |
| **ANNUAL PERCENTAGE RATE** For Balance Transfers | VISA Credit Card- **9.9%, 10.5%, 10.9%** non-variable. The rates vary depending on the type of card you qualify for based on your creditworthiness when you open your account. VISA Secured Credit Card- **10.9%** |
| **ANNUAL PERCENTAGE RATE** For Cash Advances | VISA Credit Card- **9.9%, 10.5%, 10.9%** non-variable. The rates vary depending on the type of card you qualify for based on your creditworthiness when you open your account. VISA Secured Credit Card- **10.9%** |
| Paying Interest | Your due date is at least 25 days after the close of each billing cycle. We will not charge you interest on purchases or balance transfers if you pay your entire balance by the due date each month. We will begin charging interest on cash advances on the transaction date. |
| For Credit Card Tips From The Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/learnmore |
| Set-up And Maintenance Fees Annual Fees Lost Card Replacement | None $10.00 |
| Transaction Fees | 1% of transaction amount on foreign transactions |
| Penalty Fees Late Payment Return Payment | up to $20.00 $25.00 |

**How We Will Calculate Your Balance:** We use a method called "Daily Balance (including new purchases)". See your account agreement for more details.
**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Account agreement.

**CREDIT CARD REQUEST**

I/We request that a credit card(s) be issued on my/our account and agree that I/We will be bound by the terms and conditions of the Credit Card Agreement and Disclosure and all the amendments when I/we use the card(s). Before we approve you for a credit card, we will review your credit report, and the information you provide on your application to confirm that you meet the criteria for a card listed above.

CONSENSUAL SECURITY INTEREST. If your application for a credit card is approved, you acknowledge that the granting of a security interest in your share accounts is a condition of the approval of a Credit Card Account. By signing below, you grant a security interest to the Credit Union in all individual and joint share accounts you have with the Credit Union now and in the future to secure your Account. You authorize the Credit Union to apply the balance in these share account(s) to pay any amounts due under your Credit Card Agreement and Disclosure if your account is ever in default. You are not giving a security interest in any shares or funds in any IRA, SEP, Keogh, or other share account which, if pledged, would result in the loss of special tax treatment under the Internal Revenue Code.

Share Secured VISA Applicants ONLY: Secured pledge of share $ _____ In Account # _____

X _____ 05/22/19   X _____ 05/22/19
Signature of Applicant/Borrower    Date      Signature of Spouse/Co-applicant (if applicable)   Date

**READ THIS FORM - COMPLETE ENTIRELY - SIGN BY ALL THE X'S ON BOTH PAGES - RETURN TO CREDIT UNION**

**SIMPLIFIED LOAN AGREEMENT**





## Publix Employees Federal Credit Union

| Member/Borrower(s) Name and Address | Member/Account No. | Effective Date |
|---|---|---|
| *Krashanna D Smith* <br><br> *154 Longstreet Cir* <br> *Oxford, GA 30054* | ▓▓▓70 <br> **Approved Credit Limit(s)** <br> **500.00** | *05/22/2019* |

In this Simplified Loan Agreement ("Agreement"), "you" and "your" mean each person who authenticates this Agreement as Borrower and Co-borrower, whether by affixing their actual signature, or through use of an electronic signature or facsimile signature. "Credit Union" means the credit union named above, and includes anyone to whom the Credit Union transfers its rights under this Agreement. By authenticating (signing) this Agreement you acknowledge that you have applied for credit with the Credit Union, and that you understand and agree to the terms and conditions of this Agreement. This Agreement will not be in effect unless and until the Credit Union notifies you that it has approved your application for credit. This Agreement is the entire agreement between you and the Credit Union, and there are no verbal understandings or agreements between you and the Credit Union that are not contained in this Agreement or in other written agreements furnished to you now or in the future by the Credit Union in connection with this Agreement, as explained below.

Under the terms of this Agreement the Credit Union will establish a multi-featured plan for you ("Account") that includes both open-end credit (self-replenishing) and closed-end credit (non-replenishing) sub-accounts ("Loan Types"). Open-end Credit Loan Types, such as personal lines of credit and overdraft protection, allow you to take advances from time to time, subject to a credit limit, and are self-replenishing as you repay outstanding balances. Closed-end Credit Loan Types, such as vehicle loans, are single-advance loans, and require you to repay the amount advanced according to a predetermined payment schedule. Each Loan Type sub-account that the Credit Union establishes for you under your Account is separate from the other Loan Type sub-accounts for purposes of determining interest charges, late charges, and minimum payments. This Agreement and any Single Advance Loan Type Disclosure and Security Agreement ("Single Advance Loan Disclosure") furnished to you now or in the future under the terms of this Agreement are the binding agreements that govern the terms of all of the credit extended to you under your Account.

**OPEN-END CREDIT TRUTH IN LENDING DISCLOSURES**
The table below contains necessary Federal Truth in Lending Disclosures for your Open-end Credit Loan Type(s). Other required Truth in Lending Disclosures for open-end credit are contained in the body of this Agreement.

**Interest Rates and Interest Charges**

| | |
|---|---|
| **ANNUAL PERCENTAGE RATE** (APR) for Cash Advances | ☒ Line of Credit - _17.750%_ % <br> ☒ * Overdraft Protection- _17.750%_ % |
| **Minimum Interest Charge** | None |
| **Paying Interest** | You will be charged interest from the transaction date. |

**Fees**

| | |
|---|---|
| **Set-up and Maintenance Fees** | |
| * Annual Fee | None |
| * Set-up Fee | N/A |
| **Transaction Fees** | |
| * Refinance | N/A |
| **Penalty Fees** | |
| * Late Payment | **Line of Credit & Overdraft Advances:** If your payment is _15_ or more days late, you will be charged _5.000%_ of the payment then due, not to exceed _15.00_. <br><br> **Single Advance (Closed-End):** If your payment is ___ or more days late, you will be charged _____. |
| * Returned Payment | $25.00 |

**How We Will Calculate Your Balance:** We will use a balance computation method called daily balance. See your account Agreement for more details.
**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Account agreement.

| Open-end Credit Loan Type(s) Information | | |
|---|---|---|
| **Interest Rate** | | |
| Line of Credit: | Daily Periodic Rate of _0.048631_ %, corresponding to an ANNUAL PERCENTAGE RATE of _17.750%_ %. | |
| Overdraft Protection: | Daily Periodic Rate of _0.048631_ %, corresponding to an ANNUAL PERCENTAGE RATE of _17.750%_ %. | |

* Overdraft Protection: ☐ I understand that overdraft protection is available as a loan advance. By checking the box, I am notifying you that I do NOT want overdraft protection by loan advance or I am not eligible for overdraft protection.

**Minimum Monthly Payment:** The minimum monthly payment will be the greater of 3.50% of your balance with a minimum payment of $10.00. The due date of your payment will be the 25th of each month.

**CLOSED-END CREDIT TRUTH IN LENDING DISCLOSURES**
Necessary Federal Truth in Lending Disclosures for any closed-end credit single-advance Loan Type(s) will be provided to you separately at or before the time of each such transaction.

### IT IS IMPORTANT THAT YOU RETAIN A COPY OF THIS AGREEMENT FOR YOUR RECORDS

## SIMPLIFIED LOAN AGREEMENT

**Open-end Credit Loan Types:** This Agreement governs the terms and conditions of all Open-end Credit Loan Types established under your Account. The Credit Union expects that you will make repeated transactions under your Open-end Credit Loan Type(s) and, unless you are in default, you may continue to receive open-end credit advances under the terms of this Agreement up to the approved line of credit limit(s). You understand and agree that the Credit Union may occasionally or routinely verify your credit information, such as your continued income and employment status or other information for security purposes, to determine your continued eligibility to receive credit advances under your Open-end Credit Loan Type sub-accounts.

**Closed-end Credit Loan Types:** This Agreement and the Single Advance Loan Disclosure that is furnished to you in connection with any closed-end Loan Type(s) established that you governs the terms and conditions of each such closed-end Loan Type. You understand and agree that the Credit Union may verify your credit information, such as your continued income and employment status or other information for security purposes, in connection with any closed-end credit advance request. Depending on the information that the Credit Union receives and the underwriting policies in effect at that time, if you do not meet the Credit Union's requirements for such an advance, the Credit Union may take "adverse action" in connection with your advance request, such as denying your request or making you a counter-offer of credit under different terms. You will receive necessary disclosures informing you about the Credit Union's decision in the event any request you make for a closed-end credit advance is subject to any adverse action.

**Advances:** You may request loan advances in person, by mail, by telephone, by convenience check, or by other paper or electronic means made available by the Credit Union from time to time. When you request an advance the Credit Union may require you to prove your identity. By signing any loan advance proceeds check, or by accepting and/or using any loan proceeds deposited by the Credit Union into your share or share draft account(s), you acknowledge and agree that such funds constitute advances under the terms of this Agreement (and the terms of any Single Advance Loan Disclosure furnished in connection with a closed-end credit transaction), and are made pursuant to your request. You acknowledge and agree that the Credit Union may rely on any telephonic or other communication directing the transfer of funds advanced under this Agreement that is received by the Credit Union in good faith from anyone reasonably believed by the Credit Union to be you. Unless you establish a billing error under the federal Fair Credit Billing Act, or otherwise establish that an error has occurred under applicable law, when an advance appears on a subsequent statement sent to you by the Credit Union, it will be conclusive proof of your advance request.

You understand and agree that any means provided by the Credit Union to you to obtain advances on your Account, such as personal identification numbers (PINs), access codes, convenience checks, or similar means, will only be sent to the primary Borrower at the primary Borrower's address of record. The Credit Union may make any request to the contrary. If the Credit Union furnishes you with any convenience checks, you understand and agree that the Credit Union is not obligated to honor any such check(s) you have written if doing so would cause you to exceed the applicable credit limit, or if your Account is in default or has been terminated for any reason, or if you have told us that the convenience checks have been lost or stolen.

**Overdraft Protection:** If you have an overdraft protection loan type, advances will be deposited into the share draft/checking account designated by you in such amounts as the Credit Union determines from time to time. Such advances are subject to the terms of this Agreement and will not be available if you have exceeded your credit limit or your account is in default or has been terminated for any reason. You agree to hold the Credit Union harmless for any and all liability that may arise in the event an overdraft transfer does not occur.

**Interest Charges:** You will be charged interest on the unpaid balance of all loan advances under this Agreement. Interest begins to accrue on the date of each advance, and there is no grace period. Interest is computed separately for each Loan Type under your Account.

For Open-end Credit Loan Type(s), interest is calculated using the Daily Balance Method, which applies the applicable daily periodic rate to the "daily balance" of each of your accounts for each day in the billing cycle. To get the "daily balance" we take the beginning balance of each account, add any new advances and other charges incurred that day, and subtract any unpaid finance charges and any payments or other credits received that day. This gives us the daily balance. The total finance charge for each Loan Type is the sum of all the daily finance charges for each day of the billing cycle. The total finance charge for your Account each billing cycle is the sum of all the finance charges for each Loan Type on your Account.

For Open-end Credit Loan Type(s), refer to the section "Open-end Credit Loan Type Information" above for the applicable Daily Periodic Rate(s) and corresponding Annual Percentage Rate(s), and information about any variable rate feature.

For any closed-end credit Loan Type(s), refer to the Single Advance Loan Disclosure provided to you at the time of such advance for information about the simple interest rate, Annual Percentage Rate, Finance Charge, Amount Financed and Total of Payments for that advance.

**Variable Rates:** If any Open-end Credit Loan Type is subject to a variable interest rate, you understand that the initial interest rate applicable to the outstanding balance of that Loan Type may change. If applicable, the terms related to any variable interest rate for Open-end Credit Loan Type(s) are described in the section "Open-end Credit Loan Type Information" above.

If any closed-end Loan Type is subject to a variable interest rate, you understand that the initial interest rate applicable to the outstanding balance of that Loan Type may change. The terms related to any variable interest rate for a closed-end Loan Type are disclosed in the Single Advance Loan Disclosure provided at the time of such advance.

**Credit Limit(s):** The Credit Union will tell you the maximum credit limit that is established for any Open-end Credit Loan Type(s). You agree not to exceed the maximum credit limit applicable to each such Loan Type. If you do, you will be in default under the terms of this Agreement, and you agree to repay the excess amount immediately upon the request of the Credit Union.

if you are in default under any other terms of this Agreement, even if the balance under any Open-end Loan Type(s) is less than the applicable Credit Limit, you will be unable to obtain credit advances. If any Open-end Credit Loan Type is secured by collateral, amounts outstanding in excess of your credit limit for such a Loan Type are not secured by the collateral.

**Joint Accounts:** If more than one person authenticates this Agreement, the obligations and liabilities of each shall be joint and several. This means the Credit Union can enforce its rights under this Agreement against any one of you or against all of you together. Unless Credit Union policy requires that all of you must sign for an advance, then each of you authorizes the other(s) to obtain advances individually. This means that an advance may be made upon the request of only one of you, and the proceeds of an advance may be received by only one of you. If the Credit Union receives inconsistent instructions regarding an advance, the Credit Union may refuse to follow such instructions.

**Fees and Charges:** For Open-end Credit Loan Type(s) the fees and charges applicable to those Loan Type(s) are disclosed in the section Open-end Credit Loan Type Information on page 1. For any closed-end credit Loan Type(s) the fees and charges applicable to such Loan Type are disclosed on the Single Advance Loan Disclosure furnished in connection with that Loan Type(s).

**Other Charges:** If you grant the Credit Union a security interest in collateral in connection with a secured Loan Type, you may be charged a fee for determining if there is an existing security interest in that collateral, and you may also be charged a fee for perfecting the Credit Union's security interest in that collateral. The actual charges for such fees will be disclosed to you on the Single Advance Loan Disclosure furnished to you in connection with such a secured Loan Type.

**Payments:** You must make your minimum monthly payments by the due date disclosed to you on your periodic statement for Open-end Credit Loan Types, and by the due date disclosed to you on any Single Advance Loan Disclosure for closed-end credit Loan Types.

The minimum monthly payment for each Open-end Credit Loan Type is described on page 1 in the section "Open-end Credit Loan Type(s) Information." The minimum monthly payment required for any Closed-end Loan Type(s) will be disclosed to you on the Single Advance Loan Disclosure for such Loan Type(s) at the time of such advance.

In addition to the minimum periodic payment calculated according to the terms of this Agreement or disclosed to you in any Single Advance Loan Disclosure, your required minimum monthly payment may also include applicable late charges, any optional credit insurance premiums, any past due amounts from previous statements, and any amounts advanced to you that exceed your credit limit. You may also be required to repay the Credit Union for any amounts advanced by the Credit Union for expenses incurred to protect the Credit Union's rights in or to the collateral, if any, or the Credit Union may add such amounts to the appropriate Loan Type sub-account balance.

Payments must be received at an office of the Credit Union before close of business on a business day in order to be considered received on that business day. Payments will be applied by the Credit Union at its sole discretion, unless a particular order is required by applicable law. If any payment received by the Credit Union is less than the total minimum required for such payment, the Credit Union may allocate such payment at its sole discretion.

**Prepayment:** You may prepay all or part of any Loan Type balance at any time without penalty. Any partial prepayment will not change how your minimum periodic payment is determined, and may not result in a reduction of your required minimum monthly payment. If any balance remains outstanding after your prepayment, you will still be required to make your regular periodic payments. If your remaining balance is less than the minimum payment amount calculated according to this Agreement, your required minimum periodic payment will be that balance.

**Skip Payments:** At the Credit Union's sole and exclusive option, and on terms disclosed to you by the Credit Union from time to time, the Credit Union may allow you to "skip" payments, which means you may be given permission to not make one or more periodic or scheduled payments without incurring any late charges for such payment(s). You understand that if you accept any such skip payment offer, that interest charges will continue to accrue on the outstanding balance(s) in your Account during the period covered by the "skipped" payment. You further understand and agree that accepting a skip payment offer will not extend the term of any loan protection coverage (e.g., credit insurance) you may have obtained in connection with your Account.

**Statements:** The Credit Union will send you a periodic statement for each billing cycle at the end of which your Account has a debit or credit balance or on which a finance charge has been imposed. The statement cycle is monthly, but in any event, you will be sent a statement at least quarterly. We are not obligated to send you a statement if we believe your Account is uncollectible, or if we have started collection proceedings against you because you are in default. A statement sent to any one of you will be considered notice to all of you. Your statement will be considered a correct statement of your Account unless you notify us within sixty (60) days of the statement date that you dispute the statement and you establish a billing error pursuant to the federal Fair Credit Billing Act.

**Unlawful Transactions:** You agree that you will not use the Loan Type(s) under this Agreement to make or facilitate any illegal transaction(s). Such use will be an event of default. The Credit Union shall not be liable for any such use by you or any authorized user(s). You agree to indemnify and hold harmless the Credit Union and its successors from any suits, liability, damages or other adverse actions or consequences of any kind arising directly or indirectly from the illegal use of the Loan Type(s) under this Agreement.

**Late Charges:** If any payment under this Agreement is made late, you may be charged a Late Charge, as applicable. The Late Charge for each Open-end Credit Loan Type is described on page 1 in the section "Open-end Credit Loan Type(s) Information." The Late Charge for any Closed-end Credit Loan Type(s) will be disclosed to you on the Single Advance Loan Disclosure for such Loan Type(s) at the time of such advance.

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 - EFORM 21201-1 Rev. 10/18

**Credit Insurance:** Credit insurance is not required to obtain credit under this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement. If you elected to obtain and qualify for optional credit insurance in connection with any Loan Type(s) under this Agreement, you understand that the premiums and other charges for coverage will be added to your Account each month, and collected as part of your periodic payment. You understand that premium rates are not guaranteed, but that you will be notified in advance of any change in premium rates.

**Notices:** You promise that your name(s) and address(es) shown in this Agreement are your correct legal name(s) and current address, and that such address(es) may be used for all notices to you that may be required for purposes of this Agreement and any Single Advance Loan Disclosure executed in connection with this Agreement. You agree that in the event you change your name or change your address that you will promptly inform the Credit Union in writing of such change, and that the change will not be effective until notice is received by the Credit Union. You understand and agree that the Credit Union may require you to provide an original signature in connection with any such change, and you agree to do so upon request.

**Security for Closed-End Loan Types:** As security for any loan advances made to you under any closed-end credit Loan Type(s), you give the Credit Union a security interest in all individual and joint deposit accounts you have in the Credit Union, now or in the future, except for those accounts, such as an IRA, Keogh Account, or similar government-authorized tax deferral account which would lose special tax treatment if pledged as security for a loan advance (collectively, the "Pledged Deposits"). The Credit Union may, but is not required to, allow you to withdraw a portion of such Pledged Deposits without affecting its security interest. You understand and agree that in the event of default, the Credit Union may take the Pledged Deposits and apply them to your Account, not to exceed the unpaid balance of your closed-end credit Loan Type(s), plus applicable fees and charges. You also give the Credit Union a security interest in the property described in the "Security Description" section of the Single Advance Loan Disclosure executed in connection with any closed-end Loan Type(s) (the "Pledged Property"). The security interest you give in the Pledged Property also covers all proceeds of, substitutions or replacements for, and all accessions and improvements to the Pledged Property, as well as all proceeds from insurance and all refunds of unearned premiums related to the Pledged Property. The security interest also includes any replacements of the Pledged Property you buy within ten (10) days of the advance as well as any money you receive for selling the Pledged Property. All of the Pledged Deposits and any Pledged Property given to secure this Account shall be referred to as "Collateral" under this Agreement.

If the Collateral is household goods as defined by the Federal Trade Commission Fair Credit Practices Rule, it secures only funds advanced for the purchase of that Collateral or a refinancing or consolidation of such obligation. If the Collateral is stocks or bonds, you agree that: (1) those securities must be held in trust for or controlled by the Credit Union; (2) if the value of the Collateral diminishes to the extent that the Credit Union is no longer secured as required by this Agreement, you will provide additional collateral immediately upon the Credit Union's request; and (3) if there is an increase in the Collateral, such as a stock split, that such increase will be deemed an increment to the Collateral and will also secure this Agreement.

You promise that you own the Pledged Deposits and any Pledged Property given as Collateral, and/or that you will use the proceeds of any advance from a closed-end Loan Type to purchase the Pledged Property, and that no one else has or will have an interest in or claim against the Collateral, except as now or previously disclosed to the Credit Union.

**Cross-Collateralization for All Loan Types:** Property (other than household goods or any dwelling) that you pledge to secure other loans with the Credit Union will also secure all Loan Type advances under this Agreement or any other agreement you may have with the Credit Union, now or in the future.

**Lien Impressment and Right of Setoff for All Loan Types:** To the extent permitted by applicable law, you understand and agree that the Credit Union has the right to impress and enforce a statutory lien against all shares or other funds you may have on deposit with the Credit Union as security for all advances made to you under any Open-end Credit or Closed-end Credit Loan Types. If you are in default, the Credit Union may, at any time and without demand or notice of any kind, appropriate and apply shares or deposits you have in the Credit Union, and any accrued but unpaid dividends or interest on such deposits you may be entitled to receive, to the available balance(s) due, any available shares, dividends, or other funds that would not have adverse tax consequences if pledged as security under any or all Loan Type(s) under this Account.

This right to impress a lien and the right of setoff does not apply to any account, such as an IRA, Keogh Account, or similar government-authorized tax deferral account, which would lose special tax treatment if pledged as security for a loan advance.

**Protection of the Collateral:** You agree to: (1) maintain, protect and preserve the Collateral; (2) not use or permit anyone else to use the Collateral in violation of this Agreement, or in violation of any statute, regulation, ordinance, or policy of insurance covering the Collateral; (3) promptly pay when due all taxes, charges, encumbrances or liens now or later imposed upon or affecting the Collateral; (4) promptly notify the Credit Union of any change in your name or change in your address that we have on file for you; (5) help the Credit Union do all that is necessary to protect the Credit Union's security interest in the Collateral, including giving the Credit Union all endorsements, assignments, financing statements, or other writings necessary to protect the Credit Union's security interest and its lien priority; (6) promptly deliver to the Credit Union, in the form received, all proceeds of the Collateral that you receive; (7) not to sell, lease, encumber, rent, or otherwise dispose of or give the Collateral to anyone other than the Credit Union; and (8) upon the Credit Union's reasonable request and subject to applicable law, allow the Credit Union to inspect the Collateral. For any item of Collateral that is subject to titling requirements under applicable law, you promise that title to the Collateral shall only be held in the name(s) of the Borrower(s) named in this Agreement, and that the Credit Union's security interest in the Collateral shall be identified on the Certificate of Title. You authorize the Credit Union to file a financing statement on any item of Collateral to protect the Credit Union's interests.

**Property Insurance and Taxes:** You are required to insure any Pledged Property against loss by theft, fire, and damage due to collision or similar perils encompassed by the term "comprehensive," with the Credit Union named as loss payee, in an amount not less than the outstanding balance of the Loan Type secured by that Pledged Property. You may obtain the insurance through an insurance company of your choice unless the Credit Union, for good cause, refuses to accept the insurance. If requested, you must furnish the Credit Union with proof of coverage or deliver the policy to the Credit Union. If the Pledged Property is lost or damaged, the Credit Union may use the insurance proceeds to replace or repair it, or the Credit Union may apply the proceeds to the outstanding balance of any Loan Type(s) of your Account. You authorize the Credit Union to endorse any check or draft payable to you so that it may collect benefits or amounts due under the insurance policy. If you fail to obtain or maintain the insurance, the Credit Union may, but is not required to, purchase any type of insurance it feels is necessary to protect its interest in the Pledged Property. THE INSURANCE MAY NOT BE LIABILITY INSURANCE AND MAY NOT PROTECT YOU AGAINST ANY CLAIMS MADE AGAINST YOU. This means that any insurance purchased by the Credit Union could provide less protection for you, and could cost significantly more than insurance that you could buy. You agree that the Credit Union may, to the extent allowed by applicable law, add the cost for this insurance to the Loan Type balance of your Account and charge you interest on that amount at the applicable rate. You understand that if the Credit Union uses an insurance company to monitor its loan accounts to verify that borrowers have complied with the requirement to obtain and maintain insurance, then the Credit Union may receive payment from that insurance company in connection with any resulting insurance policy purchased, and the charges added to your Loan Type(s) may include the payments to the Credit Union and the costs of verifying compliance with these insurance requirements. You are required to pay all taxes due on any Collateral pledged to secure any Loan Type(s) under this Account. If you do not pay them, the Credit Union may, but is not required to, pay them and add the amount to the applicable Loan Type(s) of your Account and charge you interest on that amount at the applicable rate. If amounts for taxes, insurance, or other fees are added to your Account, you agree that your periodic payment may, at the Credit Union's option, be increased by an amount sufficient to repay the amounts added within the term of the insurance policy or the remaining term of that applicable Loan Type(s), or you may be required to pay the amount in a single payment.

**Attorney-in-Fact:** You hereby appoint the Credit Union as your lawful Attorney-in-Fact to perform any act(s) which it deems are necessary to protect its security interest in the Collateral.

**Default:** You will be in default if any of the following occur: (1) you fail to make any payment as required by this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement, (2) you break any promise that you have made under this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement; (3) you are in default under any other agreement that you have with the Credit Union; (4) you die or become involved in any custodial proceedings brought against you; (5) you become involved in any bankruptcy or insolvency proceedings brought by or against you; (6) you are the subject of any legal process which seeks to attach your Credit Union account; (7) you have given the Credit Union any false or misleading information in your credit application, or when you request a credit advance, or while you are obligated under this Agreement; (8) you act or fail to act in a way that endangers the Collateral or the Credit Union's security interest in or rights to the Collateral; (9) the Credit Union, in good faith, believes that your ability to make payments as required by this Agreement or any Single Advance Loan Disclosure executed in connection with this Agreement is or will be impaired, time being of the very essence.

**Remedies:** If you are in default, the Credit Union may, after expiration of any right you may have under state law to cure your default, cancel your rights under this Agreement and declare any amounts you owe in connection with this Agreement or any Single Advance Loan Disclosure immediately due and payable, without further notice or demand. To the extent permitted by law, you waive any right to notice of demand, notice of dishonor, notice of intent to accelerate, and notice of acceleration. You understand that if you are in default the Credit Union may exercise any or all of its rights under this Agreement or applicable law, and that you will continue to be charged interest on the unpaid balance of your Account at the applicable interest rate(s) specified in this Agreement or in any Single Advance Loan Disclosure executed in connection with this Agreement.

If you have pledged Collateral in connection with any closed-end credit Loan Type, and if payment in full is immediately made upon default, you understand that the Credit Union may exercise its rights with respect to the Collateral as set forth in the Single Advance Loan Disclosure executed in connection with such Loan Type(s) and as permitted by applicable law, which may include the Credit Union taking possession of the Collateral and disposing of it in any manner permitted by applicable law.

**Promise to Pay; Attorney's Fees and Costs:** In exchange for the Advances made or to be made, you promise to pay us in lawful money of the United States the aggregate of all open-end credit advances and all closed-end credit advances made to you or charged to your Account from time to time under this Agreement and any Single Loan Disclosure furnished to you in connection with this Agreement, plus a Finance Charge (interest) and any other applicable charges. You agree that your payments shall be in regular periodic payments, as described in the Payments paragraph on page 2 of this Agreement, made on the agreed due date of each of such payments, according to the stated terms and conditions. You also agree that if you are in default of this Agreement then, in addition to all other sums due and owing, you shall be liable for payment of all reasonable costs and expenses (including, reasonable attorney's fees (in Georgia, 15% of principal and interest owing thereon), paralegal's fees, court costs, alternative dispute resolution fees, and costs incurred in the recovery, sale or other disposition of any collateral incurred by the Credit Union at the pre-suit, trial appellate and post-judgment levels, and at all levels of any bankruptcy proceedings), to the extent allowed by law, in connection with litigation or other efforts by the Credit Union to collect any amounts you owe pursuant to this Agreement. You agree to allow us to garnish head of household or family earnings.

Copyright 2011 CenmarSystems, Peachtree City, GA 30269 - EFORM 21201-1 Rev. 10/18

**Forbearance Not a Waiver:** The Credit Union may delay taking any action to protect its rights under this Agreement, any Single Advance Loan Disclosure executed in connection with this Agreement, or any related agreement, as many times as it wants and for as long as it wants without losing any of those rights. The Credit Union's acceptance of any partial or late payments, or payments with restrictive endorsements such as "paid in full," does not waive the Credit Union's rights under this Agreement.

**Updated Information:** You will provide the Credit Union with updated financial information about you upon its request. You will promptly notify the Credit Union in writing if you change your name, change your address, or change your place of employment.

**Changes to this Agreement:** The Credit Union may change the terms of this Agreement at any time upon proper notice to you, in accordance with applicable law. Changes may include, but are not limited to, an increase in the Interest Rate for any Loan Type under your Account. Any increase in the interest rate for a Loan Type will apply to future advances under that Loan Type and may, subject to applicable law, apply to existing unpaid balances. You understand that an increase in the Interest Rate for a Loan Type with a variable rate feature that results from a change in the variable rate index is not considered a change in terms.

**Termination:** You or the Credit Union may cancel this Agreement at any time. Termination by you or the Credit Union will not change any of your obligations to repay any outstanding Loan Type balance(s) on your Account under the terms of this Agreement.

**Severability:** If any law or decision by a court of competent jurisdiction makes any part of this Agreement, or any Single Advance Loan Disclosure executed in connection with this Agreement, invalid or unenforceable, the other terms will remain in effect.

**Successors Bound:** Anyone who takes your place, such as heirs, legal representatives or successors, has the same obligations as you have under this Agreement.

**Other Terms:** You authorize the Credit Union to accept your electronic or facsimile signature for all purposes of authenticating any application, this Agreement and any Single Advance Loan Disclosure executed in connection with this Agreement. You understand and agree that those signatures will have the same legal force and effect as your original signatures for all applications, transactions and Agreements you have with the Credit Union. You further agree that you assume all risks associated with authorizing us to accept such electronic or facsimile signatures.

**Disclosure of Financial Information:** The Credit Union may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. You understand that the Credit Union may, to the extent permitted by applicable law, also furnish information about your Account to others, such as a prospective employer or insurer, or a state or federal agency having any apparent legitimate business need for such information. **Governing law; venue:** Except to the extent that federal law controls the terms and conditions of this Agreement, this Agreement and any Single Advance Loan Disclosure executed in connection with this Agreement, shall be governed by the laws of the state in which this Agreement and such disclosures were signed by you. You agree that venue for any suit to enforce your obligations under this Agreement, including payment obligations, may, in the sole discretion of the Credit Union, be brought in Polk County, Florida, Gwinnett County, Georgia, or in the county of the state where you reside, or, if you are a business, the county of the state in which you have an office for the conduct of business at the time such legal proceedings are commenced.

**Your Billing Rights: Keep This Document For Future Use**
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at:
Public Employees Federal Credit Union
P.O. Box 1000
Lakeland, Florida 33802
You may also contact us on the Web: www.pefcu.com
In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:
- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:
1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain why we believe the bill was correct.

While we investigate whether or not there has been an error:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:
- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us. If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

**Errors and Omissions Statement for Loan Agreement**
In the event any of the documents evidencing and/or securing the referenced loan misstate or inaccurately reflect the true and correct terms and provisions of the loan and said misstatement or inaccuracy is due to unilateral mistake on the part of the lender, mutual mistake on the part of the lender and borrower or clerical error, then in such event borrower shall upon request of lender and in order to correct such misstatement or inaccuracy, execute such new documents or initial such corrected documents as lender may deem necessary to remedy said inaccuracy or mistake and borrower's failure to initial or execute such documents as requested shall constitute a default under the Loan Agreement.

---

## SIGNATURES

By signing below, you acknowledge that you have read, understand and agree to the terms contained in this Agreement, and that you have received a completely filled-in copy of this Agreement. You further acknowledge and agree that you grant the Credit Union a security interest in your shares and deposits with the Credit Union, now or in the future (except for those accounts, such as an IRA, Keogh Account, or similar government-authorized tax deferral account which would lose special tax treatment if pledged as security for a loan advance), to secure any closed-end credit advance made to you under the terms of this Agreement and any Single Advance Loan Disclosure executed in connection with such an advance.

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**Application for Credit:** You agree that the Credit Application shall be the credit union's property whether or not the Credit Application is approved. You agree to keep the credit union informed of any material changes in the information contained in the Credit Application.

**Negative Information Notice:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may reflect in your credit report.

**CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.**

| | | | |
|---|---|---|---|
| X (DocuSigned by) Borrower Signature | 05/22/2019 | X Co-Borrower Signature | 05/22/2019 |
| 54BCE443FCBA4E6... | Date | | Date |
| NEWTON | | | |
| GA | | | |

Signed in _____ County, State of _____

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 - EFORM 21201-1 Rev. 10/16            **Page 4 of 4**

**ACCOUNT NUMBER:** ▮▮▮▮▮▮00

## FLORIDA CREDIT INSURANCE ACKNOWLEDGEMENT

### Florida Credit Insurance Acknowledgement Form – Pursuant to Florida Statutes 627.679(1)(c)

By signing below, (1) I acknowledge that I have the option of assigning any other policy or policies I own or may procure for the purpose of covering this loan and that credit insurance coverage need not be purchased from the financial institution or anyone else in order to obtain the loan. (2) I understand that I must be under a certain age to be eligible for credit insurance and that coverage will stop when I reach a certain age, as disclosed in the Application for Group Credit Insurance. (3) I understand that I have 30 days from the date coverage takes effect to rescind coverage with a full refund of any premiums that I have paid.

| Signature of Applicant<br>X<br>F. 619558-2008<br>D4BCE443FCBA4EB... | Date  5/22/2019 | Signature of Co-Applicant<br>X | Date |
|---|---|---|---|

EdF 86733  5-2016

X   KRASHANNA D SMITH
**PRINTED NAME OF APPLICANT**

X
**PRINTED NAME OF CO-APPLICANT**

00 SMITH,KRASHANNA Loan 12: 2018 TOYOTA COROLLA [          0...01/15/2021

A payment of $16,221.17 is required to pay off this loan on 01/13/21.

| | |
|---|---|
| Principal Balance: | 15,687.16 |
| Interest Type: | Daily |
| Interest Rate: | 16.000 |
| Interest Due: | 519.01 |
| One Day's Interest: | 6.8766 |
| Due Date: | 10/20/2020 |
| Amount Past Due by Payoff Date: | 1,063.09 |
| Past Due Payment Count: | 3 |
| Late Charge Due: | 15.00 |



Payoff on 01/13/2021 vs. 11/20/2025

01/13/2021 — 519.0  16,221.17   0

11/20/2025 — 7,005  22,708.11   0

0          50,000

- Total Interest
- Total Amount
- Total Sales Tax
- Total Insurance

00 SMITH,KRASHANNA Loan 50: PERSONAL LOC ·            00] Payoff  01/15/2021

A payment of $523.48 is required to pay off this loan on 01/13/21.

Principal Balance:               499.63
Interest Type:                    Daily
Interest Rate:                   17.750
Interest Due:                     22.11
One Day's Interest:              0.2430
Due Date:                    11/25/2020
Amount Past Due by Payoff Date:   34.96
Past Due Payment Count:               2
Late Charge Due:                   1.74



Payoff on 01/13/2021 vs. 12/25/2023

01/13/2021 — 22.11 / 523.48 / 0

12/25/2023 — 159.15 / 660.52 / 0

0    500    1,000

Total Interest
Total Amount
Total Sales Tax
Total Insurance

MV-1 (Revised



## Georgia Department of Revenue - Motor Vehicle Division
## Form MV-1 Motor Vehicle Title Application
For instructions on how to complete this form, please see Instructions on page 2.

### A. VEHICLE INFORMATON

Vehicle ID (VIN): 2T1BURHE0JC057663    Current Title # _____    Year: 2018
Make: TOYOTA    Current Title's State of Issue: _____    Color: GREY
Model: COROLLA L LE X    GA County of Residence: NEWTON    Cylinders: 4
Body Style: 4S    District # _____    Fuel Type: GASOL
Odometer exceptions: ☐ EXEMPT  ☐ Exceeds Mechanical Limits of Odometer  ☐ Not the Actual Mileage, Warning Odometer discre|
Odometer Reading: _____ 28967    Date Purchased: 07/02/2019

### COMPLETE FOR ALL COMMERICAL VEHICLES

Gross Vehicle Weight & Load: _____    Straight Truck? ☐ Yes ☐ No    Used for Hire? ☐ Yes [
Type of Trailer Pulled? _____    Product Hauled? _____    Is this a Farm Vehicle? ☐ Yes [

### B. OWNER INFORMATION

Number of Owners: ___1___    Leased Vehicle: ☒ No ☐ Yes *(If yes, complete Section D)*
If purchased from an out-of-state business, did you pick up the vehicle out-of-state? ☐ Yes ☐ No
   *Owner's signature below warrants: I do solemnly swear or affirm under criminal penalty of a felony for fraudulent use of a false or ficti*
   *name or address or for making a material false statement punishable by fine up to $5,000 or by imprisonment of up to five years, or b(*
   *the statements contained herein are true and accurate.*

**OWNER # 1**
Full Legal Name: SMITH, KRASHANNA DENISE    Driver's License # _____ State:
Date of Birth: __    Email Address: _____    Phone # 0
Business Name: _____    Name of Agent: _____
Address: 154 LONGSTREET CIR    OXFORD, GA 30054-2244
Mailing Address: _____
*Signature of Owner 1 or Business Agent:* _____    Date: _____

**OWNER # 2**
Full Legal Name: _____    Driver's License # _____ State:
Date of Birth: _____    Email Address: _____    Phone # _____
Business Name: _____    Name of Agent: _____
Address: _____
Mailing Address: _____
*Signature of Owner 2 or Business Agent:* _____    Date: _____

### C. SELLER INFORMATION    D. LESSEE INFORMATION

GA Dealer's/Bank's 12 Digit Customer ID # (If Applicable)      Driver's License Number, if individual:
███████████

Full Legal Name or Business Name and Address:      Lessee's Full Legal Name & Address or Business Lessee's Full Name &
WORLD TOYOTA      Address:
5800 PEACHTREE IND BLVD ATTN: WENDY HAWKINS, ATLANTA, GA 30341

If Georgia Seller, County Name: DEKALB      Lessee's GA County Name: _____
Directly Financed Dealer Sale: ☑ Yes ☐ No      Lessee's Phone Number: _____

### D. SECURITY INTEREST OR LIENHOLDER INFORMATION (Attach any information on additional lienholders)

12 Digit ELT ID # ███████████    Name: PUBLIX EMPLOYEES FEDERAL CREDIT UNION
Address: PO BOX 1189, LAKELAND, FL 33802-1099
12 Digit ELT ID # ☐☐☐☐☐☐☐☐☐☐☐☐    Name: _____
Address: _____

### F. ATTORNEY IN FACT INFORMATION – Attach original power of attorney if title is to be mailed to attorney-in-fact

Name: _____
Mailing Address: _____
Phone Number: _____    Email Address: _____

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day electronically filed the foregoing *Motion for Relief from Automatic Stay and Notice of Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program: *Debtor's attorney, Gregory W. Bowen, Jr.* and *Chapter 7 Trustee, S. Gregory Hayes.*

I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid on the parties set forth below:

Krashanna Smith
154 Longstreet Cir
Oxford, GA 30054

This 25th day of January, 2021.

/s/ Albert F. Nasuti
**ALBERT F. NASUTI**
Georgia State Bar No. 535209

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092