**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 21-50304-JWC |
| ) | |
| KRASHANNA SMITH, ) | CHAPTER 7 |
| Debtor ) | |
| ) | HONORABLE JEFFERY W. CAVENDER |
| ) | |
| PUBLIX EMPLOYEES FEDERAL ) | |
| CREDIT UNION, ) | |
| Movant ) | |
| vs. ) | |
| ) | |
| KRASHANNA SMITH, ) | |
| Respondent ) | |
| S. GREGORY HAYES, ) | |
| Trustee ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

**IT APPEARING** that on January 25, 2021 Publix Employees Federal Credit Union ("PEFCU") filed a Motion for Relief (Docket No. 12) which came before this Court for hearing on February 25, 2021; and

**IT APPEARING** that PEFCU alleged that it holds a security interest in the Debtor's 2018 Toyota Corolla, VIN 2T1BURHEOJC057663 ("Vehicle"); and

**IT APPEARING** that PEFCU alleged that it is owed approximately $24,008.93, plus legal fees and costs, while the value of the Vehicle is $16,725.00 and

**IT APPEARING** that the Debtor intends to surrender the Vehicle to PEFCU; and

**IT APPEARING** than neither the Debtor nor the Trustee raised any opposition to the relief requested in the Motion at the hearing on February 25, 2021; and therefore it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is hereby terminated as to the Vehicle and the 14-day requirement pursuant to F.R.B.P. 4001(a)(3) is waived; and it is further

**ORDERED** that in the event any equity is realized from the disposition of the Vehicle, said equity shall be paid by PEFCU to the Chapter 7 Trustee.

**[END OF DOCUMENT]**

Prepared and submitted by:

/s/ David C. Whitridge
**DAVID C. WHITRIDGE**
Georgia State Bar No. 754793
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092
(770) 925-0111
dwhitridge@tokn.com
Attorneys for Publix Employees Federal Credit Union

**DISTRIBUTION LIST**

DEBTOR:	Krashanna Smith
154 Longstreet Cir
Oxford, GA 30054

DEBTOR'S ATTORNEY:	Gregory W. Bowen, Jr.
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

CHAPTER 7 TRUSTEE:	S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, Georgia 30305

MOVANT'S ATTORNEY:	David C. Whitridge
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Peachtree Corners, Georgia 30092